IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DANIEL F. RING, JR.,           )
                               )
                               )
              Plaintiff,       )
                               )
                               )      U.S. District Court Case No:
                               )      _____
v.                             )      Superior Court Case No:
                               )      3AN-06-5309 CI
                               )
TECK-POGO, INC., and           )
SECURITAS SECURITY SERVICES    )
USA, INC.,                     )
                               )
              Defendants.      )
_____)

### NOTICE OF REMOVAL

TO:  CLERK  OF  COURT,  UNITED  STATES  DISTRICT  COURT  FOR  THE
     DISTRICT OF ALASKA AT ANCHORAGE.

     Defendant, Securitas, Inc., by and through its attorneys
Delisio, Moran, Geraghty & Zobel PC state as follows:

     1.   On February 14, 2006, Plaintiff filed a Complaint in
the Superior Court for the State of Alaska, Third Judicial
District at Anchorage, and that action was assigned the Case
Number 3AN-06-5309CI.   Plaintiff's Complaint asserts claims
under The Alaska Wage and Hour Act, Alaska Stat. 23.10.050-
23.10.150.

     2.  Defendant Securitas Security Services USA, Inc.
("Securitas") hereby files this Notice of Removal to remove this
action to the United States District Court for the District of
Alaska at Anchorage, pursuant to 28 U.S.C. §§ 1332 and 1441.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

00103156.DOC, Notice of Removal
*Ring v. Teck-Pogo*, Case No. 3AN-06-5309 CI; Page 1 of 3

3.    In compliance with 28 U.S.C. §1446(a), a copy of all pleadings filed in the Superior Court are attached hereto as Exhibit A.

4.    A Notice of Removal to the Clerk of Superior Court will be filed with the Superior Court for the State of Alaska, Third Judicial District at Anchorage pursuant to 28 U.S.C. § 1446(d).  Said notice is attached as Exhibit B.

5.    Pursuant to 28 U.S.C. § 1446(d), Securitas will also file and serve upon Plaintiff a Notice of Removal, which is attached as Exhibit C.

6.    This is an action in which the District Courts of the United States have been given jurisdiction pursuant to 28 U.S.C. § 1332 based upon the diversity of the parties.  The Plaintiff is a citizen of the State of Alaska.  Securitas is a corporation organized and existing under the laws of the State of Delaware. Defendant Teck/Pogo, Inc. was not Plaintiff's employer at any time relevant to Plaintiff's Complaint, and Plaintiff cannot establish a cause of action under the Alaska Wage and Hour Act against Teck/Pogo, Inc.  Upon information and belief, Teck/Pogo, Inc. was named as a Defendant for the purpose of destroying diversity.  The amount in controversy exceeds $75,000.

7.    Removal is timely under 28 U.S.C. § 1446(b) because the Complaint does not allege an amount in controversy and does not allege the state of citizenship of the Plaintiff.  Upon diligent investigation, Securitas discovered that the amount in controversy exceeded $75,000 and that the Plaintiff is a citizen of the state of Alaska.  Thus, the jurisdictional requirements have been met and Securitas filed this Notice of Removal within the one year limitations period.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

———

(907) 279-9574

00103156.DOC, Notice of Removal
*Ring v. Teck-Pogo*, Case No. 3AN-06-5309 CI; Page 2 of 3

8.    Venue  is  proper  because  this  Court  is  in  the  United States  District  Court  for  the  District  embracing  the  place  where the  State  action  is  pending;  thus,  this  Court  is  the  appropriate court  for  removal.

9.    Securitas  reserves  the  right  to  amend  or  supplement this  Notice  of  Removal.

WHEREFORE,  Securitas  hereby  removes  the  action  now  pending against  it  in  the  Superior  Court  for  the  State  of  Alaska  at Anchorage  to  this  Court.

DATED  this  2nd  day  of  June,  2006,  at  Anchorage,  Alaska.

DeLISIO  MORAN  GERAGHTY  &  ZOBEL,  P.C.
Attorneys  for  Defendant,  Securitas
Security  Services  USA,  Inc.

/s/  Danielle  M.  Ryman

By:_____
Danielle  M.  Ryman
Bar  No.  9911071
E-Mail:  dryman@dmgz.com
943  W.  6th  Avenue
Anchorage,  Alaska    99501
Telephone:  (907)  279-9574
Facsimile:  (907)  276-4231

This is to certify that a true
copy of the foregoing was mailed
this 2nd day of June, 2006,
to the following:

Kenneth W. Legacki
425 "G" Street, Ste. 920
Anchorage, AK  99501

/s/ Juliana Wood
By _____
Juliana Wood

DeLISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
_____
(907) 279-9574

00103156.DOC, Notice of Removal
*Ring v. Teck-Pogo*, Case No. 3AN-06-5309 CI; Page 3 of 3