IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3AN-06-5309 CI |
| TECK-POGO, INC., and SECURITAS SECURITY SERVICES USA, INC., | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Danielle M. Ryman of the law firm of DeLISIO MORAN GERAGHTY & ZOBEL, P.C., enters the firm's appearance on behalf of the Defendant, Securitas Security Services USA, Inc. and requests that copies of all pleadings in this matter be forwarded to the firm at 943 West 6th Ave., Anchorage, Alaska 99501-2033.

DATED this 31 day of May, 2006, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Defendant Securitas
Security Services USA, Inc.

By: _____
Danielle M. Ryman
Bar No.: 9911071

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
943 WEST 6TH AVENUE
ANCHORAGE, ALASKA

00103062
Case No. **3AN-06-5309 CI**; Page 1 of 2

EXHIBIT A
PAGE 1 OF 7

This is to certify that a true copy of the foregoing was mailed this 31st day of May, 2006, to the following:

Kenneth W. Legacki
425 "G" Street, Ste. 920
Anchorage, AK 99501

By _____Leah Prince_____
     Leah Prince

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA

00103062
Case No. **3AN-06-5309 CI**; Page 2 of 2

EXHIBIT A
PAGE 2 OF 7

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
| Plaintiff, | ) |
| vs. | ) |
| TECK-POGO, INC., and SECURITAS SECURITY SERVICES USA, INC., | ) |
| Defendants. | ) Case No. 3AN-06-5309 Civil |

## COMPLAINT

Plaintiff DANIEL F. RING, JR., by and through his attorney, Kenneth W. Legacki, alleges and complains against Defendants TECK-POGO, INC., and SECURITAS SECURITY SERVICES USA, INC., as follows:

I

This is an action to recover unpaid overtime compensation under the Alaska Wage and Hour Act, AS 23.10.110, AS 23.10.060 and AS 23.05.140.

II

Venue lies within this judicial district since Defendant Teck-Pogo, Inc.'s principal office is within this judicial district.

III

At all times relevant and material herein, Plaintiff Ring was an employee of Defendants Teck-Pogo, Inc., and Securitas Security Services USA, Inc.

KENETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422

EXHIBIT A
PAGE 3 OF 7

## FIRST CLAIM FOR RELIEF

IV

Between April 20, 2004 and November 4, 2004, Plaintiff Ring worked in excess of eight (8) hours a day and forty (40) hours per workweek without receipt of overtime compensation.

V

As a result of the foregoing unlawful conduct on the part of the Defendants, Plaintiff Ring has suffered damages in an amount not presently ascertainable, the exact amount to be proven at trial. Plaintiff Ring further seeks liquidated damages in an amount equal to the amount of compensation owed for overtime wages as a result of Defendants' willful failure to pay overtime pursuant to the Alaska Wage and Hour Act.

## SECOND CLAIM FOR RELIEF

VI

Plaintiff Ring reasserts the allegations contained in paragraphs I through V of his complaint as though fully set forth herein.

VII

Defendants have failed to pay all wages due within three days as mandated by AS 23.05.140.

WHEREFORE, Plaintiff DANIEL F. RING, JR., prays that the Court:

1. Enter judgment for Plaintiff Ring and against Defendants Teck-

NNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
NCHORAGE, AK 99501
(907) 258-2422

COMPLAINT
Ring vs. Teck-Pogo, Inc., et al.
Page 2 of 3

EXHIBIT A
PAGE 4 OF 7

Pogo, Inc., and Securitas Security Services USA, Inc., on the basis of Defendants' violations of the Alaska Wage and Hour Act, AS 23.10.110, AS 23.10.060, and AS 23.05.140;

2. Award Plaintiff Ring damages in the amount shown to be owed for unpaid overtime compensation, with interest;

3. Award Plaintiff Ring an equal amount in liquidated damages;

4. Award Plaintiff Ring his attorneys fees and costs incurred in pursuit of this action;

5. Grant Plaintiff Ring damages pursuant to AS 23.05.140(d); and

6. Grant Plaintiff Ring such other and further relief as the Court deems equitable and just.

DATED at Anchorage, Alaska, this 14th day of February, 2006.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff
Daniel F. Ring, Jr.

By _____
Kenneth W. Legacki
Alaska Bar No. 8310132

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422

COMPLAINT
Ring vs. Teck-Pogo, Inc., et al.
Page 3 of 3

EXHIBIT A
PAGE 5 OF 7

NATIONAL REGISTERED AGENTS, INC.

SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: JAMES FOX (ASST. GENERAL COUNSEL, LITIGATION)
SECURITAS SECURITY SERVICES USA, INC.
4330 PARK TERRACE DRIVE
WEST LAKE VILLAGE, CA 91361-

SOP Transmittal # AK10148

(800) 767-1553 - Telephone
(609) 716-0820 - Fax

Defendant: SECURITAS SECURITY SERVICES USA, INC.
(Entity Served)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of ALASKA on this 24 day of February, 2006. The following is a summary of the document(s) received:

1. **Title of Action:** Unpaid Overtime

2. **Document(s) served:**
   - **x** Summons
   - **x** Complaint
   - __ Petition
   - __ Garnishment
   - __ Subpoena
   - __ Third Party Complaint
   - __ Demand for Jury Trial
   - __ Default Judgement
   - __ Injunction
   - __ Notice of
   - __ Mechanics Lien
   - __ Other:

3. **Court of Jurisdiction/Case & Docket Number:** Alaska Superior Court Anchorage
   3AN-06-5309

4. **Amount Claimed, if any:** Not Stated

5. **Method of Service** (select one):
   - __ Personally served by:
   - **x** Delivered Via:
   - __ Process Server
   - **x** Certified Mail (Envelope enclosed)
   - __ Deputy Sheriff
   - __ Regular Mail (Envelope enclosed)
   - __ U. S Marshall
   - __ Facsimile
   - __ Other (Explain):

6. **Date and Time of Service:** 2/24/2006 2:33:46 PM

7. **Appearance/Answer Date:** 20 Days

8. **Plaintiff's Attorney:** (Name, Address & Telephone Number)
   Kenneth W. Legacki
   425 G Street, Suite 920
   Anchorage, AK 99501
   (907)258-2422

9. **Federal Express Airbill #** 791386101280

10. **Call Made to:** VM - JAMES FOX (ASST. GENERAL COUNSEL, LITIGATION

11. **Special Comments:**

NATIONAL REGISTERED AGENTS, INC.

Copies To:

Transmitted by: Leona Lear

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ACKNOWLEDGEMENT COPY

EXHIBIT A
PAGE 6 OF 7

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

DANIEL F. RING, JR., )
                                 ) 
            Plaintiff(s),        )
                                 )
vs.                              )
                                 )
TECK-POGO, INC., and SECURITAS   )
SECURITY SERVICES USA, INC.,     )   CASE NO. 3AN-06-5309 CIV
                                 )
            Defendant(s).        )
                                 )

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: __SECURITAS SECURITY SERVICES USA, INC.__

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, __Kenneth W. Legacki, Esq,__ whose address is: __425 G Street, Suite 920, Anchorage, AK   99501__.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge __Christen__
    and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

__2-16-06__                    By: __H. Fuentes__
   Date                            Deputy Clerk

I certify that on __2-16-06__ a copy of this Summons was [ ] mailed  [X] given to
[ ] plaintiff  [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order   [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk __H__

EXHIBIT __A__
PAGE __7__ OF __7__

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)                              Civil Rules 4, 5, 12, 42(c), 55
SUMMONS