IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DANIEL F. RING, JR.,                    )
                                        )
                                        )
              Plaintiff,                )
                                        )    U.S. District Court Case No.:
                                        )
                                        )    _____
v.                                      )    Superior Court Case No.:
                                        )    3AN-06-5309 CI
                                        )
TECK-POGO, INC., and                    )
SECURITAS SECURITY SERVICES             )
USA, INC.,                              )
                                        )
              Defendants.               )
_____)

**NOTICE TO SUPERIOR COURT OF REMOVAL TO U.S. DISTRICT COURT**

TO: THE CLERK OF THE SUPERIOR COURT FOR THE STATE OF ALASKA,
    THIRD JUDICIAL DISTRICT AT ANCHORAGE

    Securitas Security Services USA, Inc. ("Securitas"), by and

through its attorneys, Delisio, Moran, Geraghty & Zobel PC

hereby give notice pursuant to 28 U.S.C § 1446(d) that on the 2nd

day of June, 2006, it filed a Notice of Removal of this Action

to the United States District Court for the District of Alaska

at Anchorage.  A true and correct copy of the Notice of Removal

is attached and filed with this document.  Notice of Removal has

also been given to the Plaintiff and is attached hereto.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

00103157, Notice to Superior Court of Removal
*Ring v. Teck-Pogo, Inc.* Case No. 3AN-06-5309 CI
                    Page 1 of 2

EXHIBIT _13_
PAGE _1_ OF _2_

The Superior Court of Alaska, Third Judicial District at Anchorage, is respectfully requested to proceed no further in this action, unless and until the case is remanded by the United States District Court.

DATED this *2nd* day of June, 2006, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Defendant, Securitas
Security Services USA, Inc.


/s/ Danielle M. Ryman

By: _____
    Danielle M. Ryman
    Bar No. 9911071
    E-Mail:  dryman&dmgz.com
    943 W. 6th Avenue
    Anchorage, Alaska  99501
    Telephone:  (907) 279-9574
    Fascimile:  (907) 276-4231


This is to certify that a true
copy of the foregoing was mailed
this *2nd* day of June, 2006,
to the following:

Kenneth W. Legacki
425 "G" Street, Ste. 920
Anchorage, AK  99501


   /s/ Leah Prince
By _____
    Leah Prince


DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
___
(907) 279-9574

00103157, Notice to Superior Court of Removal
*Ring v. Teck-Pogo, Inc.* Case No. 3AN-06-5309 CI
Page 2 of 2

EXHIBIT *B*
PAGE *2* OF *2*