IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., ) <br> ) <br> ) <br>  Plaintiff, ) <br> ) <br> ) U.S. District Court Case No.: <br> ) _____ <br> v. ) Superior Court Case No.: <br> ) 3AN-06-5309 CI <br> ) <br> TECK-POGO, INC., and ) <br> SECURITAS SECURITY SERVICES ) <br> USA, INC., ) <br> ) <br>  Defendants. ) <br> _____ ) | |

### NOTICE OF REMOVAL TO PLAINTIFF

TO:     DANIEL F. RING, JR., Plaintiff

AND TO: KENNETH LEGACKI, Attorney for Plaintiff

You are hereby notified that on the 2nd day of June 2006, Defendant Securitas Security Services USA, Inc. ("Securitas") filed a Notice of Removal of the action originally brought by Plaintiff in the Superior Court of Alaska, Third Judicial District at Anchorage, Cause No. 3AN-06-5309CI, with the United States District Court for the District of Alaska at Anchorage; and that Defendant promptly thereafter filed a copy of the

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

00103159, Notice of Removal to Plaintiff
Ring v. Teck-Pogo, Case No. 3AN-06-5309 CI
Page 1 of 2

EXHIBIT C
PAGE 1 OF 2

Notice of Removal with the Clerk of the Superior Court, so that this action has been removed from the Superior Court to the United States District Court. A copy of the Notice of Removal is attached and served upon you.

DATED this 2nd day of June, 2006, at Anchorage, Alaska.

        DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
        Attorneys for Defendant, Securitas
        Security Services USA, Inc.

        /s/ Danielle M. Ryman

By: _____
  Danielle M. Ryman
  Bar No. 9911071
  E-Mail: dryman&dmgz.com
  943 W. 6th Avenue
  Anchorage, Alaska 99501
  Telephone: (907) 279-9574
  Fascimile: (907) 276-4231

This is to certify that a true copy of the foregoing was mailed this 2nd day of June, 2006, to the following:

Kenneth W. Legacki
425 "G" Street, Ste. 920
Anchorage, AK 99501

/s/ Leah Prince

By _____
  Leah Prince

DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501-2033
(907) 279-9574

00103159, Notice of Removal to Plaintiff
Ring v. Teck-Pogo, Case No. 3AN-06-5309 CI
Page 2 of 2

EXHIBIT C
PAGE 2 OF 2