IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
DANIEL F. RING, JR.,            )
                                )
                                )
            Plaintiff,          )
                                )
v.                              )
                                )
TECK-POGO, INC., and            )
SECURITAS SECURITY SERVICES     )
USA, INC.,                      )
                                ) Case No. 3:06-cv-00133-TMB
            Defendants.         )
_____ )
```

**NOTICE RE: SERVICE LIST AND**
**DOCUMENTS FILED IN SUPERIOR COURT**

Per the Court's order dated June 6, 2006, the following is the complete service list of all parties involved in the above captioned case:

Kenneth W. Legacki, Esq.
425 G. Street, Suite 920
Anchorage, AK 99501
Phone: (907) 278-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net
Attorneys for Plaintiff Daniel F. Ring, Jr.

Danielle M. Ryman, Esq.
DeLisio, Moran, Geraghty & Zobel PC
943 West 6th Avenue
Anchorage, AK 99501
Phone: (907) 279-9574
Fax: (907) 276-4231
E-mail: dryman@dmgz.com
Attorneys for Defendant
    Securitas Security Services USA, Inc.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
_____

(907) 279-9574

103413 - Notice re: Complete Service List and Documents Fiiled in Superior Court
*Ring v. Teck-Pogo/Securitas*; Case No.: 3:06-cv-00133-TMB; Page 1 of 2

Defendant provided this court with copies of all documents filed in the Superior Court action (case no.: 3AN-06-5309 CI), as attached exhibits to Defendant's Notice of Removal filed on January 2, 2006, pursuant to 28 U.S.C. § 1446(a).

DATED this 15th day of June, 2006, at Anchorage, Alaska.

```
                        DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                        Attorneys for Defendant, Securitas
                        Security Services USA, Inc.

                            /s/ Danielle M. Ryman
                    By:_____
                        Danielle M. Ryman
                        Bar No. 9911071
                        E-Mail: dryman@dmgz.com
                        943 W. 6th Avenue
                        Anchorage, Alaska  99501
                        Telephone: (907) 279-9574
                        Facsimile: (907) 276-4231
```

This is to certify that a true copy of the foregoing was served via electronic service and/or U.S. Mail this 15th day of June, 2006, to the following:

Kenneth W. Legacki, Esq.
425 "G" Street, Ste. 920
Anchorage, AK  99501

```
   /s/ Juliana Wood
By _____
    Juliana Wood
```

DeLisio Moran Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____
(907) 279-9574

103413 - Notice re: Complete Service List and Documents Fiiled in Superior Court
*Ring v. Teck-Pogo/Securitas*; Case No.: 3:06-cv-00133-TMB; Page 2 of 2