Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Daniel F. Ring, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK-POGO, INC., and SECURITAS | ) |
| SECURITY SERVICES USA, INC., | ) |
| | ) |
| Defendants. | ) Case No. 3:06-cv-0133-TMB |
| | ) |

**MOTION TO REMAND TO STATE COURT
DUE TO LACK OF SUBJECT MATTER JURISDICTION**

Plaintiff Daniel Ring, by and through counsel, hereby moves this

Court to remand this action back to the state court since, pursuant to 28 U.S.C.

§ 1447(c), this Court lacks subject matter jurisdiction.

Under 28 U.S.C. § 1447(c), this Court is required to remand this matter back to state court because it lacks subject matter jurisdiction. Plaintiff Daniel Ring filed this lawsuit against Teck-Pogo, Inc., and Securitas Security Services USA, Inc., for unpaid wages. Mr. Ring filed under the state statute, and not under any federal statute.

Securitas removed this matter to the federal court although Teck-Pogo is still a party to this lawsuit and Teck-Pogo is a resident of the state of Alaska.

In their Notice of Removal, Securitas opined that Teck-Pogo was brought into this litigation in order to defeat diversity jurisdiction, but Plaintiff Ring believes that Teck-Pogo is a real party to this lawsuit as an employer as defined by the Alaska Wage and Hour Act because it is the owner of the mine at which plaintiff worked.

Therefore, since there is no complete diversity jurisdiction, and since there is no subject matter jurisdiction under 28 U.S.C. § 1447(c), this Court is required to remand this matter to state court and award attorney fees to the plaintiff accordingly.

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

MOTION TO REMAND TO STATE COURT DUE TO LACK OF SUBJECT
    MATTER JURISDICTION
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 2 of 3

DATED this 24th day of July, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff


By   s/Kenneth W. Legacki
     Kenneth W. Legacki
     Alaska Bar No. 8310132
     425 G Street, Suite 920
     Anchorage, AK  99501
     Phone: (907) 258-2422
     Fax: (907) 278-4848
     E-mail: legacki@gci.net


I HEREBY CERTIFY that on the 24th day of
July, 2006, a copy of the foregoing
document was electronically served on:

Danielle M. Ryman
DeLisio Moran Geraghty & Zobel


     s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

MOTION TO REMAND TO STATE COURT DUE TO LACK OF SUBJECT
       MATTER JURISDICTION
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 3 of 3