Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Daniel F. Ring, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK-POGO, INC., and SECURITAS | ) |
| SECURITY SERVICES USA, INC., | ) |
| | ) |
| Defendants. | ) Case No. 3:06-cv-0133-TMB |

**(PROPOSED) ORDER GRANTING
MOTION TO REMAND TO STATE COURT
<u>DUE TO LACK OF SUBJECT MATTER JURISDICTION</u>**

Plaintiff Daniel Ring having moved this Court for an order remanding this action back to the state court, pursuant to 28 U.S.C. § 1447(c), and this Court having considered the memoranda of the parties and being duly advised

in the premises,

   IT IS HEREBY ORDERED Plaintiff Ring's Motion to Remand to State Court Due to Lack of Subject Matter Jurisdiction is granted and this action is hereby remanded to the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-06-5309 Civil.

   IT IS FURTHER ORDERED Plaintiff Daniel Ring is awarded _____ for attorney fees associated with the removal and remand of this action.

   DATED this _____ day of _____, 2006.

           _____
           The Honorable Timothy M. Burgess
           United States District Judge

I HEREBY CERTIFY that on the 24th day of
July, 2006, a copy of the foregoing
document was electronically served on:

Danielle M. Ryman
DeLisio Moran Geraghty & Zobel

  s/Kenneth W. Legacki

ORDER GRANTING MOTION TO REMAND TO STATE COURT DUE TO LACK OF
  SUBJECT MATTER JURISDICTION
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 2 of 2

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848