IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TECK-POGO, INC. and | ) |
| SECURITAS SECURITY SERVICES | ) |
| USA, INC., | ) |
| | ) Case No. 3:06-cv-00133-TMB |
| Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant, Securitas Security Services USA, Inc., by and through its undersigned counsel, respectfully requests an extension of time until Tuesday, August 15, 2006, to file an opposition to Plaintiff Daniel F. Ring, Jr.'s Motion to Remand.

Undersigned counsel certifies that she has discussed this motion with counsel for the Plaintiff and counsel does not oppose this request.

DATED this 1st day of August, 2006, at Anchorage, Alaska.

                DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                Attorneys for Defendant
                Securitas Security Services USA, Inc.

                By: _____
                      Danielle M. Ryman
                      Bar No. 9911071

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

104469v2 – Unopposed Motion for Extension of Time
*Ring v. Teck-Pogo/Securitas*; Case No.: 3:06-cv-00133-TMB; Page 1 of 2

This is to certify that a true copy of the
foregoing was served via electronic service
and/or U.S. Mail this ____ day of August, 2006,
to the following:

Kenneth W. Legacki, Esq.
425 "G" Street, Ste. 920
Anchorage, AK  99501

By  /s/ Juliana Wood
    _____
     Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

104469v2 – Unopposed Motion for Extension of Time
*Ring v. Teck-Pogo/Securitas*; Case No.: 3:06-cv-00133-TMB; Page 2 of 2