IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TECK-POGO, INC. and ) | |
| SECURITAS SECURITY SERVICES ) | |
| USA, INC., ) | |
| ) Case No. 3:06-cv-00133-TMB | |
| Defendants. ) | |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Securitas Security Services USA, Inc., having filed an unopposed motion for extension of time,

IT IS HEREBY ORDERED that Defendant's motion be, and the same is hereby GRANTED. Defendant Securitas Security Services USA, Inc. shall have until August 15, 2006 to file an opposition to Plaintiff Daniel F. Ring, Jr.'s Motion to Remand.

DATED: _____

_____
HONORABLE TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

This is to certify that a true copy of the
foregoing was served via electronic service
and/or U.S. Mail this ____ day of August, 2006,
to the following:

Kenneth W. Legacki, Esq.
425 "G" Street, Ste. 920
Anchorage, AK  99501

```
   /s/ Juliana Wood
By _____
     Juliana Wood
```

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____

(907) 279-9574

104473 – Proposed Order Granting Unopposed Motion for Extension of Time
*Ring v. Teck-Pogo/Securitas*; Case No.: 3:06-cv-00133-TMB; Page 2 of 2