IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
DANIEL F. RING, JR.,              )
                                  )
                                  )
              Plaintiff,          )
                                  )
v.                                )
                                  )
TECK-POGO, INC. and               )
SECURITAS SECURITY SERVICES       )
USA, INC.,                        )
                                  ) Case No. 3:06-cv-00133-TMB
              Defendants.         )
_____   )
```

## NOTICE OF FILING CORRECTED
## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Securitas Security Services USA, Inc., by and through its undersigned counsel, respectfully requests an extension of time until Tuesday, August 15, 2006, to file an opposition to Plaintiff Daniel F. Ring, Jr.'s Motion to Remand.

Undersigned counsel certifies that she has discussed this motion with counsel for the Plaintiff and counsel does not oppose this request.

DATED this 2nd day of August, 2006, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Defendant
Securitas Security Services USA, Inc.

/s/ Danielle M. Ryman

By: _____
    Danielle M. Ryman
    Bar No. 9911071
    E-Mail: dryman@dmgz.com
    943 West 6th Avenue
    Anchorage, Alaska 99501
    Telephone: (907) 279-9574
    Facsimile: (907) 276-4231

DeLISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

———

(907) 279-9574

104469v3 – Unopposed Motion for Extension of Time
*Ring v. Teck-Pogo/Securitas;* Case No.: 3:06-cv-00133-TMB; Page 1 of 2

This is to certify that a true copy of the
foregoing was served via electronic service
and/or U.S. Mail this 2nd day of August, 2006,
to the following:

Kenneth W. Legacki, Esq.
425 "G" Street, Ste. 920
Anchorage, AK  99501


   /s/ Juliana Wood
By _____
    Juliana Wood

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
——

(907) 279-9574

104469v3 – Unopposed Motion for Extension of Time
*Ring v. Teck-Pogo/Securitas*; Case No.: 3:06-cv-00133-TMB; Page 2 of 2