Corporations System Search Results — Page 1 of 1

Online Public Notices — Department of Commerce

# Alaska Corporations, Business and Professional Licensing

Search
- By Entity Name
- By AK Entity #
- By Officer Name
- By Registered Agent
  Verify
- Verify Certification
  Biennial Report
- File Online
  LLC
- File Online
  Business Corporation
- File Online
  Online Orders
- Register for Online
  Orders
- Order Good Standing
  Name Registration
- Register a Business
  Name Online

Search Type: Starting With   Search Criteria: Teck Pogo, Inc.
Search Date: 8/15/2006        Search Time: 11:05

Click on the Entity Name or AK Entity # to view more information. If the type ind the name is in used by an active business or professional license. You may use th to view more information on the various licenses.

Business License Search

Professional License Search

| Entity Name | AK Entity # | Type | Stat |
|---|---|---|---|
| TECK-POGO INC. | 69319D | Business Corporation | Active - Stand |

Records Returned 1 to 1

Webmaster   Contact the Division

EXHIBIT A
PAGE 1 OF 1

https://myalaska.state.ak.us/business/soskb/SearchResults.asp?FormName=CorpNameSear...   8/15/2006