IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TECK-POGO, INC. and | ) |
| SECURITAS SECURITY SERVICES | ) |
| USA, INC., | ) |
| | ) Case No. 3:06-cv-00133-TMB |
| Defendants. | ) |
| | ) |

**AFFIDAVIT OF LORY MACE**

STATE OF ALASKA        )
                       ) ss.
FOURTH JUDICIAL DISTRICT )

Lory Mace, being first duly sworn upon oath, deposes and states as follows:

1. I am over the age of eighteen, competent to testify, and have personal knowledge of the matters stated in this affidavit.

2. I am currently employed as the Branch Manager of the Fairbanks, Alaska office of Securitas Security Services USA, Inc. ("Securitas"). Securitas is a corporation organized in the State of Delaware with a principal place of business in New Jersey. See Attachment 1.

3. On or about February 16, 2006, I learned that Daniel Ring, a former Securitas employee, had filed a wage claim

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

104694v3 - Affidavit of Lory Mace
*Ring v. Teck-Pogo/Securitas*; Case No.: 3:06-cv-00133-TMB; Page 1 of 4

EXHIBIT  B
PAGE __1__ OF __4__

against Teck-Pogo, Inc. and Securitas. Teck-Pogo, Inc. was not Mr. Ring's employer and, due to the contractual relationships defined in more detail below, Teck-Pogo, Inc. tendered the claim to Securitas. Securitas accepted the tender and agreed to defend Teck-Pogo, Inc.'s interests.

4. I was the Branch Manager for Securitas at all times that Mr. Ring was also employed with Securitas. I was Mr. Ring's supervisor.

5. In _MARCh 31_, 2004, Securitas contracted with Statewide/Gana-A'Yoo JV ("Statewide") to provide Security/certified First Aid personnel at the Teck-Pogo mine near Delta Junction, Alaska. See Attachment 2, Article 1 & II. Teck-Pogo, Inc. is the owner of the mine project. Securitas, however, did not have a direct contract with Teck-Pogo, Inc. Teck-Pogo, Inc. contracted with AMEC, which then contracted with Statewide, which then contracted with Securitas for the provision of services described above.

6. On or about April 1, 2004, Mr. Ring applied with Securitas to be a Guard/Medic EMR-III at the Pogo Mine. See Attachment 3 (Securitas Application for Employment). The employment application and related documentation clearly identify "Securitas Security Services USA, Inc." as the "employer."

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

104694v3 - Affidavit of Lory Mace
*Ring v. Teck-Pogo/Securitas*; Case No.: 3:06-cv-00133-TMB; Page 2 of 4

EXHIBIT _B_
PAGE _2_ OF _4_

7. On or about April 14, 2004, Securitas made Mr. Ring a contingent offer of employment. See Attachment 4. Ring accepted employment and received Securitas' Employment Handbook, and Policy Against Harassment. See Attachment 5. Both documents identify Securitas as the employer. Ring completed a W-4 for Securitas' withholding records, and an authorization to deduct money from his paycheck to pay for a State of Alaska Security license. See Attachment 6. Mr. Ring also completed an authorization for direct deposit of his paycheck. See Attachment 7. All of these documents, again, identify Securitas as Mr. Ring's employer.

8. I was Mr. Ring's only supervisor, and Securitas was the only entity that had authority to hire, discipline, and/or fire him. Securitas determined Mr. Ring's wage, determined whether or not he was entitled to overtime, set his schedule, and paid his wages. No other company or entity had authority or control over these matters, and no other company or entity acted as his employer.

9. The following explains the billing requirements for the Teck-Pogo Project to clarify any potential concerns. Article I of the Statewide contract with Securitas identifies AMEC as the "owner." See Attachment 2. Article V requires the Subcontractor, Securitas, to submit to Statewide weekly time

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

104694v3 - Affidavit of Lory Mace
*Ring v. Teck-Pogo/Securitas*; Case No.: 3:06-cv-00133-TMB; Page 3 of 4

EXHIBIT __B__
PAGE __3__ OF __4__

sheets for Securitas' personnel. Article V notes that payroll submission is required by the Owner. Although, per these contract terms, Securitas was required to provide time sheets of its employees to verify its billings to the contractor; neither the contractor nor the owner had any control over the classification of employees as exempt or non-exempt from overtime, the schedule of employees, or the determination of straight time versus overtime pay. The time sheets were only for the purpose of verifying that Securitas was accurately billing for the hours its employees worked. It should not be construed as an indicator of an employment relationship between Securitas employees and any other entity.

FURTHER THE AFFIANT SAYETH NAUGHT.

DATED this 14th day of August, 2006, at Fairbanks, Alaska.

_____
Lory Mace

SUBSCRIBED AND SWORN to before me this 14th day of August, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: Nov. 22, 2008

[Notary Seal: Tim S. Holmes, Notary Public, State of Alaska]

DELISIO MORAN GERAGHTY & ZOBEL, P.C.
943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
(907) 279-9574

104694v3 - Affidavit of Lory Mace
*Ring v. Teck-Pogo/Securitas*; Case No.: 3:06-cv-00133-TMB; Page 4 of 4

EXHIBIT B
PAGE 4 OF 4



# State of Delaware
### The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware    Citizen Services | Business Services | \

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information Status
Validate Certificate

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions    View Search Results

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 3500796 | Incorporation Date / Formation Date: | 10/31/2002 (mm/dd/yyyy) |
| Entity Name: | SECURITAS SECURITY SERVICES USA, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | NATIONAL REGISTERED AGENTS, INC. | | |
| Address: | 160 GREENTREE DRIVE SUITE 101 | | |
| City: | DOVER | County: | KENT |
| State: | DE | Postal Code: | 19904 |
| Phone: | (302)674-4089 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status   ○ Status,Tax & History Information   [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

# AMEC/Teck Pogo Mine Project Security/First Aid Personnel and Equipment
# Subcontract Agreement

THIS AGREEMENT made this _____ day of _____ in the year 2004 (Two Thousand and Four) by and between

**Securitas Security Services USA**
2909 Arctic Blvd
Anchorage, AK  99503
(907) 562-4227 Phone
(907) 563-5929 Fax

Herein called the Subcontractor and

**Statewide/Gana-A'Yoo JV**
9210 Vanguard Drive, Suite #101
Anchorage, AK  99507
(907) 344-1207 Phone
(907) 344-0353 Fax

Herein called the Contractor

WITNESSETH, that the Subcontractor and Contractor for the consideration hereinafter named agrees as follows

## ARTICLE I

The Subcontractor agrees to furnish all material, equipment and labor and perform all work as described in Article II hereof for Statewide/Gana-A'Yoo JV in accordance with this Agreement, for the exclusive use of Statewide/Gana-A'Yoo JV in support of the AMEC/Teck Pogo Mine Project (hereinafter referred to as the "Owner"), located near Delta Junction, in the State of Alaska

## ARTICLE II

The Subcontractor and Contractor agree that the materials, equipment and labor to be furnished and work to be done by the Subcontractor is  Provision of Security/certified First Aid personnel, plus all supplies and equipment necessary to maintain the Security/First Aid department in a state of readiness and in compliance with requirements as stipulated in the "AMEC E&C Services Limited Invitation to Tender for Contract No  C-90 (Camp, Maintenance, Security & First Aid)" dated January 13, 2004, including addendums one through four received subsequent to the original Invitation to Tender, and Exhibits A, B, C, and D of this agreement

Excluded

## ARTICLE III

Time is of the essence and the subcontractor agrees to commence and to complete the work as described in Article II as follows Subcontractor to supply security/first aid personnel and equipment F O B Delta Junction on or about April 1st, 2004, and upon notification by Contractor to proceed

**The following Exhibits are a part of this Subcontract Agreement**
(A) Securitas original quotation dated March 22, 2004
(B) Securitas First Aid Supply listing dated January 26, 2004
(C) Securitas revised mobilization quote dated March 9, 2004
(D) ESS e-mail re provision of Security Officer/EMT 1 dated March 23, 2004
(E) AMEC E&C Services Limited Agreement for Contract No C-90 (Camp, Maintenance, Security & First Aid)" dated January 13, 2004
(F) AMEC E&C Services Limited Appendix A- Oil and Hazardous Substance Discharge Prevention and Contingency Plan
(G) AMEC E&C Services Limited Appendix B- Safety, Health, Environment Manual

## ARTICLE IV

The Contractor agrees to pay the Subcontractor for the performance of this work, the amounts listed in Subcontractors quotation (attached Exhibits A, B, C and D), subject to additions and deductions for changes as may be agreed upon in writing, and to make payments on account thereof in accordance with Exhibits A, B, C and D), and Article VIII

## ARTICLE V

Payroll submission is required by the "Owner" Subcontractor agrees to submit a copy of weekly time sheets, for its personnel, to Contractor's authorized on-site representative for approval and signature Any services, or supplies and equipment to be charged to the Contractor by the Subcontractor must also be approved in writing, in advance, by the Contractors authorized representative

## ARTICLE VI
(Site Facilities)

Only on-site meals, on-site lodging, transportation from Delta Junction to the site, and on-site transportation will be provided by Contractor for Subcontractor

personnel All other costs for freight costs, transportation, room and board, etc shall be provided by Subcontractor

## ARTICLE VII
(Insurance)

Unless otherwise provided herein, the Subcontractor shall have direct liability for the acts of his equipment, employees and agents for which he is legally responsible The Subcontractor shall not be responsible for the acts of others Subcontractor shall provide Contractor with evidence of insurance coverages that comply with owners' requirements per Attachment E, F, and G, and Subcontractors insurance certificates shall include Contractor as an additional insured for this project

## ARTICLE VII
(Indemnification)

Subcontractor agrees to the fullest extent permitted by law to defend, indemnify and hold harmless and hereby releases Contractor against all liabilities, losses Damages, demands, claims, suits, fines, penalties, costs and expenses including reasonable legal fees and other expenses of investigation and litigation arising out of or related to Subcontractors breach of this Subcontract and/or all injuries to and deaths of persons and or loss of or damage to property arising out of or related to services performed by the Subcontractor, its agents, employees, or subcontractors, except to the extent such liabilities or losses are attributable to the sole negligence of Contractor, its agents, or employees

## ARTICLE VIII

In addition to the foregoing provisions the parties also agree

**That the Subcontractor shall**
(1) Be bound to the Contractor by the terms of this Agreement
(2) Not discriminate against any employee or applicant as required by law
(3) Submit to the Contractor applications for payment at such times every 30 days so as to enable Contractor to apply for payment
(4) Pay for all materials, equipment and labor used in, or in connection with, the performance of this contract, furnish satisfactory evidence when required by the Contractor, to verify compliance with this requirement
(5) Comply with all Security/First Aid requirements as specified in
   - Exhibit D re provision of Security/EMT 1 personnel
   - AMEC E&C Services Limited Agreement for Contract No C-90 (Camp, Maintenance, Security & First Aid)" dated January 13, 2004
   - AMEC E&C Services Limited Appendix A- Oil and Hazardous Substance Discharge Prevention and Contingency Plan

- AMEC E&C Services Limited Appendix B- Safety, Health, Environment Manual

(6) AMEC E&C Services Limited Ensure employees abide by all rules and regulations as required by Contractor and Owner as detailed in
- AMEC E&C Services Limited Agreement for Contract No C-90 (Camp, Maintenance, Security & First Aid)" dated January 13, 2004
- AMEC E&C Services Limited Appendix A- Oil and Hazardous Substance Discharge Prevention and Contingency Plan
- AMEC E&C Services Limited Appendix B- Safety, Health, Environment Manual

(7) Comply with all statutory and/or contractual safety requirements applying to his work and/or initiated by the Contractor, and shall report within 24 hours to the Contractor any injury to Subcontractor employees at the project location

(8) (a) Not assign this contract or any amounts due or to become due thereunder without the prior written consent of the Contractor, (b) Nor subcontract the whole of this subcontract without the written consent of the contractor, (c) nor further subcontract portions of this subcontract without the prior written consent of the Contractor

(9) And does hereby agree that if the Subcontractor should neglect to prosecute the work diligently and properly, or fail to perform any provision of this contract, Subcontractor will make good such deficiencies within 24 hours following written notice from Contractor Subcontractor shall not be paid for deficiencies during the period that equipment and/or personnel are not available for Contractor or Owners use

(10) Make any changes from the original agreements specifications without advance written approval from Contractor

(11) Comply with all Federal, State and local laws and ordinances applying to the Subcontractors work requirements

**That the Contractor shall**

(12) Be bound to the SubContractor by the terms of this Agreement
(13) Pay Subcontractor within 30 days of receipt of invoices

That the Contractor and Subcontractor agree
(14) This subcontract is solely for the benefit of the signatories hereto

## ARTICLE IX

IN WITNESS WHEREOF the parties hereto have executed this Agreement the day and year first above written

Subcontractor                                   Contractor


By _____          By _____
Printed Name_____          Printed Name_____
Title _____          Title _____