

*Integrity   Vigilance   Helpfulness*

# APPLICATION FOR EMPLOYMENT
## People Make the Difference

*Equal Opportunity Employer*

Securitas Security services, USA, Inc. is an Equal Opportunity Employer with policies that prohibit illegal discrimination in employment on the basis of race, color, creed, religion, sex, sexual orientation, national origin, age, marital status, physical or mental disability, medical condition, veteran status, or any other class protected by law.

SSER 0002 (6/03)

Attachment 3
Page 1 of 6

**DO YOU MEET THE SECURITAS SECURITY HIRING STANDARDS?**
- Are you at least age 18?  ☐ YES  ☐ NO
- Do you have a reliable means of communication (i.e. pager or phone)?  ☐ YES  ☐ NO
- Do you have a reliable means of transportation (public or private)?  ☐ YES  ☐ NO

## DO YOU MEET THE COMPANY'S MINIMUM HIRING STANDARDS?

- Are you at least age 18? ☒ YES ☐ NO
- Do you have a reliable means of communication (i.e. pager or phone)? ☒ YES ☐ NO
- Do you have a reliable means of transportation (public or private)? ☒ YES ☐ NO
- Do you have a legal right to work in the United States? ☒ YES ☐ NO
- Do you have the ability to effectively speak, read, and write English? ☒ YES ☐ NO
- Do you have a High School Diploma, GED, or are you willing to participate in our GED program? ☒ YES ☐ NO
- Where applicable, do you have the ability to obtain a State Guard Card? ☒ YES ☐ NO
- Are you willing to participate in the Company's pre-employment screening process?
  Including: • Drug screen • Background Investigation ☒ YES ☐ NO

IF YOU HAVE ANSWERED YES TO THE ABOVE QUESTIONS PLEASE INITIAL HERE _DR_ AND CONTINUE. IF NOT, PLEASE STOP AND RETURN APPLICATION TO RECEPTIONIST.

### PERSONAL INFORMATION

POSITION APPLYING FOR: **GUARD/MEDIC EMT-III - POGO MINE Project**
LAST NAME/ FIRST/ MI: **RING/DANIEL/F.**
TODAY'S DATE: **1 Apr 04**
OTHER NAME(S) USED: **RING/DANIEL/F. Jr.**
SOCIAL SECURITY #: **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**
CURRENT ADDRESS: HOW LONG: **2.5 yrs**
HOME PHONE: **619-334-3869**
STREET: **1465 E. LEXINGTON AVE.**
CELL or PAGER: **619-733-4310**
CITY: **EL Cajon,** STATE **CA** ZIP **92019**
BUSINESS PHONE: **760-685-3297**
COUNTY: **SAN DIEGO**
E-MAIL: **ringdanf@yahoo.com**

IF LESS THAN 7 YEARS AT CURRENT ADDRESS, LIST PAST ADDRESSES:

| Street | City, State, Zip | County | From (mm/yy) | To (mm/yy) |
|---|---|---|---|---|
| 1541 Sleeping Indian Rd | Fall Brook, CA 92056 | San Diego | 08/00 | 09/01 |
| Box 75 WWP | Whale Pass, AK 99950 | P.W.I. | 8/01 | Present |

Type of position Applying for: ☒ Full-Time ☐ Part-Time ☐ Temporary ☐ Seasonal

Hours available to work: ☒ Any Available Day and Shift

Desired Wage: $ **58,000**
Distance willing to travel each way: **60 miles**
Date Available to start: **1 Apr '04**

HOW WERE YOU REFERRED TO THE COMPANY: ☐ Newspaper ☐ Internet ☒ Friend or ☐ Other **TOM DEAN - EMS Chief - TOK Clinic (907)-322-0169**

HAVE YOU EVER APPLIED OR WORKED FOR THIS COMPANY OR ONE OF ITS AFFILIATES? ☐ YES ☒ NO

DO YOU HAVE ANY FRIENDS OR RELATIVES EMPLOYED BY THIS COMPANY? ☒ YES ☐ NO
(Exclude spouse) **ADAM MARTIN, PO BOX 434, TOK, ALASKA 99780**

DRIVERS LICENSE# or I.D. Card#: **# 6425156** STATE **ALASKA** EXP.DATE **04/16/2005**

DO YOU NOW HOLD A STATE GUARD CARD? ☐ YES ☒ NO

IF APPLYING FOR AN ARMED POSITION, DO YOU NOW HOLD A STATE FIREARMS CARD? ☐ YES ☒ NO
**-HELD ALASKA STATE FIREARMS CARD-1991 - Alyeska Security Guard/Medic)**

UPON REVIEW OF THE JOB DESCRIPTION, CAN YOU PERFORM THE ESSENTIAL FUNCTIONS OF THE POSITION FOR WHICH YOU ARE APPLYING, WITH OR WITHOUT REASONABLE ACCOMMODATION?
☒ YES ☐ NO COMMENTS: **I NEED TO REVIEW JOB DESCRIPTION**

Attachment 3
Page 2 of 6

**COMPLETE FOR SECURITY OFFICER POSITIONS ONLY:**

PLEASE READ THE FOLLOWING STATEMENT AND FILL OUT THE INCIDENT REPORT BASED ON THE FACTS.

You are a security officer assigned to the XYZ client site. You are performing your assigned duties, conducting patrols in the client's parking lot, when you observe someone breaking into a vehicle.

In the space below, explain what you would do?

## INCIDENT REPORT

DATE: 1 Apr 04           TIME: 1310

LOCATION: XYZ Parking Lot

NAME: Guard/Medic Daniel F. Ring

WHAT DID YOU OBSERVE? At the above time and date, I observed a subject breaking into a vehicle.

WHAT WOULD YOU DO? I would try to get a feeling of what is actually going on, what is happening, so I can determine threat level, from no threat, just the owner trying to get access after locking keys inside, to a expectation/alert level of danger, to a level of extreme danger and pull back to safe assembly point. I would then contact security office or Alaska State Troopers for back-up. I would get a mental picture of subject, continue observation and provide for personel safety for others and myself, as well as crime scene control, observe for witnesses, foot prints - trails to scene any physical evidence left at scene, ie. tire tracks.

Signature: Daniel F. Ring          Date: 1 Apr. 04

Why do you want to be a security officer? To feel the satisfaction gained from performing a job aiding and protecting a client's personel and assets.

# EMPLOYMENT APPLICATION
## EEO/AA ADDENDUM

| Date | Position applied for: | How did you hear about the Company? |
|---|---|---|
| 1 APR 2004 | GUARD/MEDIC-POGO | THROUGH CHIEF TOM DEAN, TOKEWS |

| NAME: Last, First, MI | Social Security number: |
|---|---|
| RING, DANIEL F. | 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 |

| Address | City | State | Zip |
|---|---|---|---|
| BOX 75 WWP | Whale Pass | AK | 99950 |

The information requested below is collected solely to comply and monitor compliance with Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, the Vietnam Era Veteran's Readjustment Act of 1974, as amended (38 U.S.C. 2012) and the Americans with Disabilities Act, as amended, and their implementing regulations.

**SUBMISSION OF THIS INFORMATION IS VOLUNTARY. YOU ARE NOT REQUIRED TO FURNISH THIS INFORMATION.**

**SEX**
Check one:

[X] Male   [ ] Female

**RACE**
Check one:

[ ] Asian or Pacific Islander: Persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands. This area includes China, Japan, Korea, the Philippine Islands, and Samoa.

[ ] Black: (not of Hispanic origin): Persons having origins in any of the Black racial groups of Africa.

[ ] Hispanic: Persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race.

[ ] Native American or Alaskan Native: Persons having origins in any of the original peoples of North America and who maintain cultural identification through tribal affiliation or community recognition.

[X] White: An individual, not of Hispanic origin, with origins in any of the original peoples of Europe, North Africa or the Middle East.

**VETERAN STATUS**

[ ] Veteran of Vietnam Era   [ ] Other Eligible Veteran**

** Veterans who served in a "war" or who served in a campaign/expedition for which a campaign badge, service medal or expeditionary medal was awarded.

**Do Not Write Below This Line. For Office Use Only.**

[ ] Volunteered

[ ] Not volunteered

If not volunteered:
Date: _____   Initials: _____

Upon completion, this document is to be detached by Receptionist and kept in a separate confidential file.

## REFERENCES

Please provide 3 references, other than a relative or employer previously listed, with knowledge of your work performance.

| Name | Address | Occupation | Phone | Years known |
|---|---|---|---|---|
| Dr. Leo Morresey | Alyeska Pipeline, Fairbanks AK | Occupational Health MD | 907-787-8304 | 17 yrs |
| Dr. William Bell | Homer Fire Dept, Homer AK 99660 | MS 543 | 907-235-8386 | Ryan Air (Mail) |
| Dr. James Harrison — Medical Director - Kuwait | Moreno Valley CA; Anch, AK 99519 | Pending | | 6 yrs |

HAVE YOU EVER BEEN FIRED OR ASKED TO RESIGN FROM PREVIOUS EMPLOYMENT? ☐ YES ☑ NO  If yes, please explain: _____

HAVE YOU EVER BEEN CONVICTED OR PLEAD GUILTY TO A FELONY OR MISDEMEANOR? ☐ YES ☑ NO  If yes, please explain: _____

DO YOU HAVE ANY CRIMINAL CHARGES PENDING THAT WOULD INTERFERE WITH YOUR ABILITY TO WORK OR POSSESS A GUARD CARD? ☐ YES ☑ NO

If yes, please explain: _____

NOTE: AN ARREST OR CONVICTION IS NOT AN AUTOMATIC DISQUALIFICATION.

## APPLICANT AGREEMENT

Please read the following agreement carefully before signing. Only applications that are complete, signed and dated will be considered.

I hereby certify that I have personally completed this application, that the information contained in it is true, complete and correct to the best of my knowledge and that I have not knowingly omitted any requested information. I understand that if I misrepresent, falsify or omit information requested on this application, in my interview(s) or during the pre-employment evaluation, I may not receive an employment offer, or, if I have been hired, I may be dismissed from employment.

I authorize Securitas and its agents to request any information and records concerning me, including but not limited to consumer credit, criminal history, driving, employment, military, civil and educational data and reports, from any present or previous employers (unless expressly stated), consumer reporting agencies, licensing and law enforcement agencies, courts and other entities. Further, if I become employed by Securitas, I agree to submit to employment-related medical examinations, when reasonable and necessary, at the request of Securitas.

I authorize and request any present or former employer, school, financial institution, credit agency or any governmental agency or persons having personal knowledge about me to furnish Securitas or its agent with any and all such information, which may be related to my employment, or continued employment, with Securitas. I agree that a photocopy of this authorization may be accepted with the same authority as the original and shall be valid for this or any future reports or updates that may be requested.

I understand that any offer of employment will be conditioned on Securitas' receipt of satisfactory responses to reference requests, the provision of satisfactory proof of my identity and legal right to work in the United States, the satisfactory completion of a drug/alcohol screening and other bona fide pre-employment screening.

If hired, I agree and understand that I will conform with the policies, practices and procedures of Securitas. I further agree that my employment is "at-will." This means that either Securitas or I may terminate the employment relationship at any time, with or without notice, and with or without cause. I understand that Securitas retains the right to establish compensation, benefits and working conditions for all of its employees. Accordingly, I understand and agree that Securitas retains the sole right to modify my compensation and benefits, position, duties, and other terms and conditions of employment, including the right to impose discipline of whatever type and for whatever reasons that Securitas, at its sole discretion, determines to be appropriate. No employee or representative of Securitas, other than the President of Securitas, Inc. has the authority to alter the at will nature of my employment relationship, or make any agreement inconsistent to the foregoing.

I acknowledge that I have been given the opportunity to ask questions regarding Securitas' policies and procedures, and my potential status as an employee "at-will," and no Securitas representative has promised or implied to me that if I am hired, I will be employed under any terms other than stated above. I agree that this constitutes an integrated, binding agreement with respect to the "at-will" nature of my employment relationship.

SECURITAS, AND ITS EMPLOYEES ARE SUBJECT TO A MANDATORY BINDING ARBITRATION PROGRAM TO THE EXTENT ALLOWED BY LAW. EMPLOYEES UNDERSTAND, ACKNOWLEDGE AND AGREE THAT SECURITAS, IS AN "AT-WILL" EMPLOYER AND EMPLOYEES ARE EMPLOYED ON AN "AT-WILL" BASIS.

_Daniel F. Ling_ (Signature of Applicant)  Date: 1 Apr '04

- For Office Use Only -

| Position Offered? ☐ YES ☐ NO | | Hired? ☐ YES ☐ NO  If yes, DOH: | |
|---|---|---|---|
| Rate of Pay | Site/Post | Shift/Days: | If No, AAP Code: |

NON HIRE REASON:

| Interviewer | Signature | Date |
|---|---|---|

Attachment 3
Page 5 of 6

# WORK HISTORY

PLEASE RECORD YOUR WORK HISTORY FOR THE PAST 7 YEARS - LIST YOUR CURRENT OR MOST RECENT EMPLOYER FIRST
(include any relevant volunteer work or unpaid work experience). If more space is needed, please attach separate sheets of paper.

| From (MM/DD/YY) | To (MM/DD/YY) | Employer | Phone # |
|---|---|---|---|
| 06/15/96 (approx) | 06/15/00 (approx) | General Dynamics - Kuwait Land Systems | 586-825-6187 |

Hourly Rate/Salary: $56,000 per year
Address: Ask for Larry Mackay HR
City: Sterling Heights
State: Michigan

Starting Job Title/Final Job Title: KANSC SAFE OFFICE / PARAMEDIC / Comp. Rated Coordinator

JOB DUTIES: PARAMEDIC - SAFE OPERATION OF TYPE III AMB. RESPONDED TO CARDIAC AND TRAUMA CALLS AT BASE CLINIC AND KUWAIT REMOTE TRAINING SITES. STABILIZE AND MEDIVAC O/B U.S. Army Blackhawks.

Immediate Supervisor / Title / Phone #: GEORGE LEE - HR MANAGER or

May we contact for reference? Mr. Ed Meese - Project Supt. (YES)

Reason for leaving: Contract Completion - SIZE DOWN OF PERSONEL

PLEASE EXPLAIN ANY GAPS IN YOUR EMPLOYMENT HISTORY: 06/15/00 TO 08/22/00 TRAVEL TO THAILAND ON STOPOVER FROM KUWAIT ASSIGNMENT. 08/22/00 - 01/01/01 VISIT WITH MOTHER.
01/01/01 REESTABLISH BUSINESS - LOOK FOR WORK ALASKA TO PRESENT

## TECHNICAL SKILLS

Computers / Software - list proficiencies: ☐ IBM ☑ WINDOWS ☐ MS Office ☐ Other, please list

Special training / skills (e.g. CPR, AED, First Aid, other languages spoken): CERT. CA EMT-P, NUCLEAR FIRE INSPECTOR/FIREFIGHTER, COMM'L OIL FIELD DIVER, TEACHER - Comm. College - Lifetime Cert, Journeyman Rigger Local 1971

HAVE YOU EVER SERVED IN THE U.S. MILITARY? ☐ YES ☑ NO  BRANCH OF SERVICE: THE ANG PARAMEDIC SERVICE 14 YEARS SAN DIEGO CTY, CA.
YEARS SERVED: 
AFTER ACCEPTING AN OFFER OF EMPLOYMENT, CAN YOU SUBMIT A COPY OF YOUR DD FORM 214? ☐ YES ☐ NO

DATE OF MILITARY SEPARATION: 

## EDUCATION

| NAME | CITY/STATE | COMPLETED |
|---|---|---|
| HIGH SCHOOL OR GED: JAMES MONROE | NEW YORK, NEW YORK | ☑ YES ☐ NO |
| COLLEGE: Univ. New Hampshire - Keene (B.Ed) | KEENE, N.H. | ☑ YES ☐ NO |
| TRADE/BUSINESS: DERRICKMAN + Rigger/Oil Field Comm'l Diver | LOCAL 197 N.Y./N.Y - Tur/L.A. CA OceanCorp | ☑ YES ☐ NO |

DEGREES OR CERTIFICATES: CURRENT EMT-II Alaska EMT-III Lic. Recent May 04 #70320191
B.ED, M.S. Admin of Therapeutic Services - Hospitals - Columbia Univ, N.Y.

Attachment 3
Page 6 of 6

**Securitas Security Services USA, Inc.**
3515 B Industrial Ave
Fairbanks, AK 99701
TELEPHONE 907-452-2215
FACSIMILE 907-452-8825

04/13/04

**Daniel F. Ring**
**Box 75 WWP**
**Whale Pass, Alaska**

Dear Daniel:

Welcome to Securitas, the largest security solutions provider in the world! We are pleased to extend to you a contingent offer of employment.

Provided you successfully complete all of Securitas's pre-employment requirements, inclusive of a background investigation and drug screening, you will be scheduled to return to the office on ____April____ 13, 2004 at _____ a.m. At this time, please be prepared to complete additional paperwork and provide proof of identity and eligibility to work in the United States. If you have any questions, please do not hesitate to contact us.

Thank you for applying with Securitas and we wish you the best of luck as you embark on your new career.

Sincerely,


Lory D. Mace
Branch Manager


Your signature below is your acceptance of this contingent offer of employment.


_[signature]_                    04/13/04
Signature                        Date

Attachment 4
Page 1 of 1

# POLICY

Securitas Security Services USA, Inc. is committed to providing a work environment in which employees are treated with respect and are free from harassment based on race, color, religion, age, disability, national origin, veteran status, marital status, sex or sexual orientation. Harassment infringes on an employee's right to a comfortable work environment, and is a form of misconduct, which undermines the integrity of the employment relationship. It is Securitas's policy to prohibit harassment in any form. Failure to comply with this policy will result in disciplinary action up to and including termination.

# IMPLEMENTATION

This policy has been instituted to protect employees from unwelcome or unsolicited overtures or conduct, whether physical or verbal. The policy prohibits employee misconduct, which may adversely affect other employees, employee morale, be personally offensive, or interfere with an employee's work and efficiency. The following examples represent specific forms of harassment. This listing is not inclusive and should be used as a guideline only.

Verbal Harassment: Derogatory comments, jokes, slur.

Physical Harassment: Unwanted physical contact, assault, impeding movement or any interference with activity appropriate in the work place.

Visual Harassment: Derogatory posters, cartoons or drawings.

Sexual Harassment: Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitutes sexual harassment when:

1. Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment.

2. Submission to or rejection of such conduct by an individual is used as the basis for employment affecting the individual.

3. Such conduct has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

Any employee who believes he/she has been harassed by a co-worker, supervisor or agent of Securitas should promptly report the facts of the incident and the names of the individual involved to AlertLine, his/her supervisor, manager, Vice President or to the Employee Relations Department. All such claims will be thoroughly investigated at the explicit direction of the Employee Relations Department or by the Employee relations Department. Any employee found to have unlawfully harassed another employee will be subject to disciplinary action up to and including termination. Questions may be directed to the Employee Relations Department.

I have read, understand and agree to adhere to Securitas's Policy Against Harassment.

Employee's Name:     **Daniel Ring**

SSN:                 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

Employee's Signature: _Daniel D. Ring_

Attachment 5
Page 1 of 2



# EMPLOYEE HANDBOOK ACKNOWLEDGEMENT

I have received my copy of the Employee Handbook which outlines the general personnel policies of Securitas governing my employment.

I understand that I am required to read and familiarize myself with the information contained in the Handbook and further, that I am expected to comply with these policies.

In addition, I understand and agree that nothing in the Handbook establishes or is intended to establish a promise or representation of continued employment and that employment at Securitas is employment at will. Employment may be terminated at the will of either the Company or myself.

The Company may modify, supplement, terminate or revise any of the provisions of this Handbook, other than the at will requirement at any time.

DANIEL F. King
Employee Name

*[signature]*
Signature

13 April 04
Date

---

# ARBITRATION PROGRAM ACKNOWLEDGEMENT

I have received a copy of the Securitas Arbitration Program brochure which sets forth the terms of the program. I understand that compliance with the Company's Arbitration Program is a condition of my employment. This program provides that disputes between Securitas and myself shall be resolved through binding arbitration rather than by a judge or jury, which is waived by both parties.

13 April '04
Date

*[signature]*
Employee Signature

ACKNLGMT

Attachment 5
Page 2 of 2

NAME: <u>Daniel Ring</u>   SSN: <u>0██-36-4579</u>

## DEDUCTION AUTHORIZATION

Area Number: <u>A0206100</u>

I, **Daniel Ring**, do hereby authorize Securitas the right to deduct $ <u>109.00</u> in two (2) installments from my paycheck. The first deduction will be $ <u>54.50</u>.

I have been made aware that this money is to be used to pay the expense of conducting a procedure to apply for the State Security license.

_____
Employee Signature

<u>04/13/04</u>
Date

_____
Witness

<u>04/13/04</u>
Date

Attachment 6
Page 1 of 2

# Form W-4 (2004)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2004 expires February 16, 2005. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** *You cannot claim exemption from withholding if: (a) your income exceeds $800 and includes more than $250 of unearned income (e.g., interest and dividends) and (b) another person can claim you as a dependent on their tax return.*

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line **E** below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2004. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

---

**Personal Allowances Worksheet** (Keep for your records.)

- **A** Enter "1" for **yourself** if no one else can claim you as a dependent  . . . . . . . . . . . . . . . . . . . . . . . . . **A** _____
- **B** Enter "1" if:
  - You are single and have only one job; or
  - You are married, have only one job, and your spouse does not work; or
  - Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.
  
  . . **B** _____
- **C** Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . **C** _____
- **D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . . . . **D** _____
- **E** Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . **E** _____
- **F** Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . **F** _____
  (**Note:** *Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.*)
- **G** **Child Tax Credit** (including additional child tax credit):
  - If your total income will be less than $52,000 ($77,000 if married), enter "2" for each eligible child.
  - If your total income will be between $52,000 and $84,000 ($77,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have four or more eligible children.  **G** _____
- **H** Add lines A through G and enter total here. **Note:** *This may be different from the number of exemptions you claim on your tax return.* ▶ **H** _____

For accuracy, complete all worksheets that apply.
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have **more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $35,000 ($25,000 if married) see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

- - - - - - - - - - - - - - Cut here and give Form W-4 to your employer. Keep the top part for your records. - - - - - - - - - - - - - -

**Form W-4**
Department of the Treasury
Internal Revenue Service

**Employee's Withholding Allowance Certificate**

▶ Your employer must send a copy of this form to the IRS if: (a) you claim more than 10 allowances or (b) you claim "Exempt" and your wages are normally more than $200 per week.

OMB No. 1545-0010

**2004**

| 1 | Type or print your first name and middle initial: DANIEL F.  Last name: KING | 2 | Your social security number: 099 36 4577 |
|---|---|---|---|
| | Home address (number and street or rural route): Box WWP 75 | 3 | ☒ Single ☐ Married ☐ Married, but withhold at higher Single rate. Note: *If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.* |
| | City or town, state, and ZIP code: Whale Pass, AK 99950 | 4 | If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐ |

- **5** Total number of allowances you are claiming (from line **H** above **or** from the applicable worksheet on page 2) . . . **5** | 1
- **6** Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . . . . . . . . **6** | $ 0
- **7** I claim exemption from withholding for 2004, and I certify that I meet **both** of the following conditions for exemption:
  - Last year I had a right to a refund of **all** Federal income tax withheld because I had **no** tax liability **and**
  - This year I expect a refund of **all** Federal income tax withheld because I expect to have **no** tax liability.
  
  If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . . . . . . . . ▶ **7** | Exempt

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

**Employee's signature** (Form is not valid unless you sign it.) ▶ *Daniel F. King*  **Date** ▶ 13 April 04

| 8 | Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 | Office code (optional) | 10 | Employer identification number (EIN) |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 10220Q    Form **W-4** (2004)

Attachment 6
Page 2 of 2



# AUTHORIZATION FOR DIRECT DEPOSIT (PARS)

☑ NEW   ☐ CHANGE   ☐ CANCEL

Last Name: King
First Name: Daniel
Middle Name: Francis

Social Security #: 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
Department #:

1. Type of Account: ☑ Checking  ☐ Savings
   Bank Transit/Route: 122000496
   Financial Institution Name: Union Bank of California
   Account #: 0211817507
   Distribution: 100 % of NET or _____ $ Amount to be deposited to this account

2. Type of Account: ☐ Checking  ☐ Savings
   Bank Transit Route #:
   Financial Institution Name:
   Account #:
   Distribution: ___ % of NET or _____ $ Amount to be deposited to this account

3. Type of Account: ☐ Checking  ☐ Savings
   Bank Transit/Route:
   Financial Institution Name:
   Account #:
   Distribution: ___ % of NET or _____ $ Amount to be deposited to this account

Lines 1 through 3 must Total 100%

Each employee may have up to 3 accounts. Partial deposit, with the balance in a paycheck, is not available.

I authorize my EMPLOYER to deposit my payroll check each payday directly into the account(s), and at the bank(s) listed above. This agreement will remain in effect until I give written notice to change Financial Institutions, or terminate this service, or until my employer notifies me that this service has been terminated. I understand that I must allow reasonable time for my instructions to be executed which will begin approximately two regular pay periods after returning this completed form to the Payroll Department, assuming valid account and bank routing number information has been provided. If ever an incorrect payment should be entered into my account, I authorize my employer to make the appropriate adjustment and withdraw funds from the account(s) if necessary. When initiating Direct Deposit or making an Account Number Change, attach a voided check for a checking account or a voided pre-printed deposit slip for a savings account.

Employee signature: [signed] Daniel F. King
Date: 19 Apr 04

Witnessed By: [signed] Helga Longenecker
Date: 04-19-04

Attachment 7
Page 1 of 1