IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TECK-POGO, INC. and | ) |
| SECURITAS SECURITY SERVICES | ) |
| USA, INC., | ) |
| | ) Case No. 3:06-cv-00133-TMB |
| Defendants. | ) |

### AFFIDAVIT OF ROBERT JACKO

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

Robert Jacko, being first duly sworn upon oath, deposes and states as follows:

1. I am over the age of eighteen, competent to testify, and have personal knowledge of the matters stated in this affidavit.

2. I am General Manager of Teck Pogo Mine. Teck Pogo Inc("Teck-Pogo") owns and operates the Teck-Pogo Mine. I worked in this capacity during the time that Daniel Ring worked at the Teck-Pogo mine.

3. Teck Pogo contracted with AMEC to provide engineering, procurement and construction management for the Teck-Pogo mine

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

104692v2 - Affidavit of Robert Jacko
Ring v. Teck-Pogo/Securitas; Case No.: 3:06-cv-00133-TMB; Page 1 of 3

EXHIBIT C
PAGE 1 OF 3

project. AMEC contracted with State-wide Gana-A'Yoo JV ("Statewide") for various services relating to the mine. Statewide in turn contracted with Securitas Security Services USA, Inc. ("Securitas") to provide security/ first aid personnel and equipment at the mine.

4. Persons hired by Securitas to work at the mine were employees of Securitas. Teck-Pogo did not hire, supervise, or have authority to fire the security/first aid personnel hired by Securitas.

5. Daniel Ring was hired by Securitas to work as a security guard/medic at the Pogo mine. Teck-Pogo did not hire him. Ring was not on Teck-Pogo's payroll. Teck-Pogo did not set his wage, pay his wage, or exercise control over his work schedule. Teck-Pogo did not supervise Ring, or have authority to discipline him.

6. Teck-Pogo did not classify Securitas employees as exempt or entitled to overtime, and did not determine whether they were paid straight time or overtime. It did not authorize timesheets submitted by Securitas employees, and accepted the timesheets submitted by contractor.

FURTHER THE AFFIANT SAYETH NAUGHT.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

104692v2 - Affidavit of Robert Jacko
*Ring v. Teck-Pogo/Securitas;* Case No.: 3:06-cv-00133-TMB; Page 2 of 3

EXHIBIT C
PAGE 2 OF 3

DATED this 15 day of August, 2006, at Anchorage, Alaska.

_Robert Jacko_
Robert Jacko

SUBSCRIBED AND SWORN to before me this 15 day of August, 2006.

_Barbara D. Brice_
Notary Public in and for Alaska
My Commission Expires: June 1, 2010

> Notary Public
> BARBARA D. BRICE
> State of Alaska
> My Commission Expires Jun 1, 2010

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

104692v2 - Affidavit of Robert Jacko
*Ring v. Teck-Pogo/Securitas;* Case No.: 3:06-cv-00133-TMB; Page 3 of 3

EXHIBIT C
PAGE 3 OF 3