Daniel Ring Wage Information

| Date | Straight Hours | OT Hours | On Call | Straight Time | OT Time | On Call | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | 21.68 | 32.52 | 32.52 | |
| 5/29/2004 | 8 | 2 | 14 | 173.44 | 65.04 | 455.28 | 693.76 |
| 6/5/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/6/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/7/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/8/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/9/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/10/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/11/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/12/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/13/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/14/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/15/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/16/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/17/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/18/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/26/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/27/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/28/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/29/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 6/30/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 7/1/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 7/2/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 7/3/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 7/4/2004 | 8 | 6 | 10 | 173.44 | 195.12 | 325.20 | 693.76 |
| 7/5/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 7/6/2004 | 8 | 9.5 | 6.5 | 173.44 | 308.94 | 211.38 | 693.76 |
| 7/7/2004 | 8 | 9 | 7 | 173.44 | 292.68 | 227.64 | 693.76 |
| 7/8/2004 | 8 | 9 | 7 | 173.44 | 292.68 | 227.64 | 693.76 |
| 7/9/2004 | 8 | 16 | 0 | 173.44 | 520.32 | 0 | 693.76 |
| 7/10/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 7/11/2004 | 8 | 5 | 11 | 173.44 | 162.6 | 357.72 | 693.76 |
| 7/12/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 7/13/2004 | 8 | 4.5 | 11.5 | 173.44 | 146.34 | 373.98 | 693.76 |
| 7/14/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 7/15/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 7/16/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 7/31/2004 | 8 | 6.5 | 9.5 | 173.44 | 211.38 | 308.94 | 693.76 |
| 8/1/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 8/2/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 8/3/2004 | 8 | 11 | 5 | 173.44 | 357.72 | 162.60 | 693.76 |
| 8/4/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 8/5/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 8/6/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 8/7/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 8/8/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 8/9/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 8/10/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 8/11/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 8/12/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/13/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 8/27/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 8/28/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 8/29/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 8/30/2004 | 8 | 8 | 8 | 173.44 | 260.16 | 260.16 | 693.76 |
| 8/31/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/1/2004 | 8 | 5 | 11 | 173.44 | 162.6 | 357.72 | 693.76 |
| 9/2/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/3/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/4/2004 | 8 | 4.5 | 11.5 | 173.44 | 146.34 | 373.98 | 693.76 |
| 9/5/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/6/2004 | 8 | 5 | 11 | 173.44 | 162.6 | 357.72 | 693.76 |
| 9/7/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/8/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/9/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/10/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/11/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/12/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/13/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/21/2004 | 8 | 2 | 14 | 173.44 | 65.04 | 455.28 | 693.76 |
| 9/22/2004 | 8 | 2 | 14 | 173.44 | 65.04 | 455.28 | 693.76 |
| 9/23/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/25/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/26/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/27/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 9/28/2004 | 8 | 6 | 10 | 173.44 | 195.12 | 325.20 | 693.76 |
| 9/29/2004 | 8 | 5 | 11 | 173.44 | 162.6 | 357.72 | 693.76 |
| 9/30/2004 | 8 | 5 | 11 | 173.44 | 162.6 | 357.72 | 693.76 |
| 10/1/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 10/2/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 10/3/2004 | 8 | 5 | 11 | 173.44 | 162.6 | 357.72 | 693.76 |
| 10/4/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 10/5/2004 | 8 | 5 | 11 | 173.44 | 162.6 | 357.72 | 693.76 |
| 10/6/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 10/7/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 10/22/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 10/23/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 10/24/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 10/25/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 10/26/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 10/27/2004 | 8 | 12.5 | 3.5 | 173.44 | 406.5 | 113.82 | 693.76 |
| 10/28/2004 | 8 | 5 | 11 | 173.44 | 162.6 | 357.72 | 693.76 |
| 10/29/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 10/30/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| 10/31/2004 | 8 | 4 | 12 | 173.44 | 130.08 | 390.24 | 693.76 |
| TOTAL | 752 | 432.5 | 1071.5 | 16,303.36 | 14,064.90 | 34,845.18 | 65,213.44 |

| | |
|---|---|
| TOTAL WAGES ST, OT, ON CALL | 65,213.44 |
| TOTAL PAID WAGES | 30,996.98 |
| TOTAL DUE | 34,216.46 |

EXHIBIT D
PAGE 2 OF 2