IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., )<br>)<br>)<br>            Plaintiff,    )<br>)<br>v.                            )<br>)<br>TECK-POGO, INC. and           )<br>SECURITAS SECURITY SERVICES   )<br>USA, INC.,                    )<br>                              ) Case No. 3:06-cv-00133-TMB<br>            Defendants.   )<br>_____) | |

### [PROPOSED] ORDER DENYING REMAND AND GRANTING MOTION TO DISMISS TECK-POGO, INC.

THIS MATTER having come before the court on Plaintiff, Daniel Ring's ("Ring"), Motion to Remand and Defendant, Securitas Security Services U.S.A., Inc.'s ("Securitas") Motion to Dismiss Teck-Pogo, Inc., and the court having considered the memoranda of counsel with authorities and exhibits included therein,

IT IS HEREBY ORDERED that Ring's motion is DENIED and Securitas' motion is GRANTED. Remand to state court is not proper because there exists diversity of citizenship between Ring and Securitas. The factual record supports the conclusion that Ring cannot maintain the causes of action in his complaint against Teck-Pogo, Inc. because it was not his employer. Teck-Pogo, Inc. was fraudulently joined and is dismissed from this case with prejudice.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

104752 – Proposed Order Denying Remand and Granting Motion to Dismiss Teck-Pogo
*Ring v. Teck-Pogo/Securitas*; Case No.: 3:06-cv-00133-TMB; Page 1 of 2

DATED: _____        _____
                                HONORABLE TIMOTHY M. BURGESS
                                U.S. DISTRICT COURT JUDGE

This is to certify that a true copy of the
foregoing was served via electronic service
this 15th day of August, 2006,
to the following:

Kenneth W. Legacki, Esq.
425 "G" Street, Ste. 920
Anchorage, AK  99501

     /s/ Juliana Wood
By _____
     Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

104752 – Proposed Order Denying Remand and Granting Motion to Dismiss Teck-Pogo
*Ring v. Teck-Pogo/Securitas*; Case No.: 3:06-cv-00133-TMB; Page 2 of 2