Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Daniel F. Ring, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK-POGO, INC., and SECURITAS | ) |
| SECURITY SERVICES USA, INC., | ) |
| | ) |
| Defendants. | ) Case No. 3:06-cv-0133-TMB |
| | ) |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO OPPOSITION TO MOTION TO REMAND TO STATE COURT
AND MOTION TO DISMISS TECK-POGO, INC.**

Plaintiff Daniel Ring, by and through counsel, hereby moves this

Court for an extension of time until September 1, 2006 to file his response to

Defendant Securitas' Opposition to Motion to Remand to State Court Due to Lack of Subject Matter Jurisdiction and Motion to Dismiss Teck-Pogo, Inc. [Docket No. 9] Plaintiff's counsel has been in depositions and attending to other office matters since being served with the document, and additional time is needed to research and brief the issues raised by Defendant Securitas.

DATED this 25th day of August, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By   s/Kenneth W. Legacki
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 25th day of August, 2006, a copy of the foregoing document was electronically served on:

Danielle M. Ryman
DeLisio Moran Geraghty & Zobel

    s/Kenneth W. Legacki

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO OPPOSITION TO
    MOTION TO REMAND TO STATE COURT
    AND MOTION TO DISMISS TECK-POGO, INC.
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 2 of 2