Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Daniel F. Ring, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK-POGO, INC., and SECURITAS | ) |
| SECURITY SERVICES USA, INC., | ) |
| | ) |
| Defendants. | ) Case No. 3:06-cv-0133-TMB |
| | ) |

**ORDER GRANTING
MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO OPPOSITION TO MOTION TO REMAND TO STATE COURT
AND MOTION TO DISMISS TECK-POGO, INC.**

Plaintiff Daniel Ring having moved this Court for an extension of

time until September 1, 2006 to file his response to Defendant Securitas'

Opposition to Motion to Remand to State Court Due to Lack of Subject Matter

Jurisdiction and Motion to Dismiss Teck-Pogo, Inc. [Docket No. 9], and the Court

being duly advised in the premises,

IT IS HEREBY ORDERED Plaintiff's Motion for Extension of

Time is granted.

DATED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on the 25th day of
August, 2006, a copy of the foregoing
document was electronically served on:

Danielle M. Ryman
DeLisio Moran Geraghty & Zobel

_____s/Kenneth W. Legacki_____

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
    TO OPPOSITION TO MOTION TO REMAND TO STATE COURT
    AND MOTION TO DISMISS TECK-POGO, INC.
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 2 of 2