IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TECK-POGO, INC. and )<br>SECURITAS SECURITY SERVICES )<br>USA, INC., )<br>             ) Case No. 3:06-cv-00133-TMB<br>    Defendants. )<br>_____) | |

**NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO OPPOSITION TO MOTION TO REMAND TO STATE COURT AND MOTION TO DISMISS TECK-POGO, INC.**

Defendant, Securitas Security Services USA, Inc. ("Securitas"), by and through its attorneys, DeLisio Moran Geraghty & Zobel, P.C., does not oppose Plaintiff's request for an extension until September 1, 2006 to file a reply to Securitas' Opposition to Motion to Remand to State Court and Motion to Dismiss Teck-Pogo, Inc.

DATED this 28th day of August, 2006, at Anchorage, Alaska.

        DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
        Attorneys for Defendant
        Securitas Security Services USA, Inc.

          /s/ Danielle M. Ryman
      By:_____
        Danielle M. Ryman
        Bar No. 9911071
        E-Mail: dryman@dmgz.com
        943 West 6th Avenue
        Anchorage, Alaska 99501
        Telephone: (907) 279-9574
        Facsimile: (907) 276-4231

DeLISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

This is to certify that a true copy of
the foregoing was served via electronic
service and/or U.S. Mail this 28th day of
August, 2006, to the following:

Kenneth W. Legacki, Esq.
425 "G" Street, Ste. 920
Anchorage, AK   99501

```
   /s/ Juliana Wood
By _____
     Juliana Wood
```

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____
(907) 279-9574