Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Daniel F. Ring, Jr.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR.,         ) | |
|                  ) | |
|         Plaintiff,     ) | |
|                  ) | |
|         vs.            ) | |
|                  ) | |
| TECK-POGO, INC., and SECURITAS ) | |
| SECURITY SERVICES USA, INC.,    ) | |
|                  ) | |
|         Defendants.   ) | Case No. 3:06-cv-0133-TMB |

## NOTICE OF FILING
## AFFIDAVIT RE: SERVICE OF PROCESS ON DEFENDANTS

Plaintiff Daniel Ring, by and through counsel, pursuant to this

Court's September 1, 2006 Minute Order From Chambers (Docket No. 14) hereby

submits the attached Affidavit Re: Service of Process on Defendants Teck-Pogo,

Inc., and Securitas Security Services USA, Inc., which was filed in the state court action.

DATED this 5th day of September, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By    s/Kenneth W. Legacki
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 5th day of September, 2006, a copy of the foregoing document was electronically served on:

Danielle M. Ryman
DeLisio Moran Geraghty & Zobel

    s/Kenneth W. Legacki

NOTICE OF FILING AFFIDAVIT RE: SERVICE OF PROCESS
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 2 of 2