IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DANIEL F. RING, JR., )
)
      Plaintiff, )
)
vs. )
)
TECK-POGO, INC., and SECURITAS )
SECURITY SERVICES USA, INC., )
)
      Defendants. )
_____ )   Case No. 3AN-06-5309 Civil

**AFFIDAVIT RE: SERVICE OF PROCESS**

STATE OF ALASKA  )
                        ) ss
THIRD JUDICIAL DISTRICT  )

      KAREN S. HAYES, being first duly sworn upon her oath, deposes and states:

      1.    I am employed by the law offices of Kenneth W. Legacki, P.C.

      2.    Service of process was accomplished on Defendant Teck-Pogo, Inc., on February 24, 2006, by serving the Summons and Notice to Both Parties of Judicial Assignment and Complaint on:

      Guess & Rudd
      Registered Agent for Teck-Pogo, Inc.
      510 L Street, Suite 700
      Anchorage, AK  99501

via the United States Postal Service, certified mail, restricted delivery, return receipt requested, postage and fees prepaid.

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

3. Service of process was accomplished on Defendant Securitas Security Services USA, Inc., on February 24, 2006, by serving the Summons and Notice to Both Parties of Judicial Assignment and Complaint on:

> National Registered Agents, Inc.
> Registered Agent for Securitas Security Services USA, Inc.
> 801 West 10th Street, Suite 300
> Juneau, AK  99801

via the United States Postal Service, certified mail, restricted delivery, return receipt requested, postage and fees prepaid.

4. Copies of the return receipt cards are attached hereto.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KAREN S. HAYES

SUBSCRIBED and SWORN TO before me this 7th day of March, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 7/18/08

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

AFFIDAVIT RE: SERVICE OF PROCESS
Ring vs. Teck-Pogo, Inc., et al. - Case No. 3AN-06-5309 Civil
Page 2 of 2

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GUESS & RUDD
REGISTERED AGENT FOR
TECK-POGO, INC.
510 L STREET, SUITE 700
ANCHORAGE, AK 99501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signed] K. Wagner — ☐ Agent ☐ Addressee
B. Received by (Printed Name): K. Wagner
C. Date of Delivery: 2/24/06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7004 0750 0003 2884 3955

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NATIONAL REGISTERED AGENTS, INC.
REGISTERED AGENT FOR SECURITAS
SECURITY SERVICES USA, INC.
801 WEST 10TH STREET, SUITE 300
JUNEAU, AK 99801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signed] L. Lear — ☐ Agent ☐ Addressee
B. Received by (Printed Name): L. Lear
C. Date of Delivery: 2/29
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7004 0750 0003 2884 3887

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540