Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Daniel F. Ring, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR.,                          ) | |
|                                               ) | |
|             Plaintiff,                        ) | |
|                                               ) | |
|       vs.                                     ) | |
|                                               ) | |
| TECK-POGO, INC., and SECURITAS ) | |
| SECURITY SERVICES USA, INC.,   ) | |
|                                               ) | |
|             Defendants.                       ) | Case No. 3:06-cv-0133-TMB |
|                                               ) | |

**<u>MOTION TO AMEND COMPLAINT</u>**

Plaintiff Daniel F. Ring, Jr., by and through counsel, hereby moves this Court for leave to amend his Complaint to add a claim for breach of the contract and a breach of the implied covenant of good faith and fair dealing.  A

copy of Plaintiff's First Amended Complaint is attached hereto as Exhibit 1. This motion is supported by the accompanying memorandum.

DATED this 26th day of October, 2006, at Anchorage, Alaska.

                KENNETH W. LEGACKI, P.C.
                Attorney for Plaintiff

By    s/Kenneth W. Legacki
      Kenneth W. Legacki
      Alaska Bar No. 8310132
      425 G Street, Suite 920
      Anchorage, AK  99501
      Phone: (907) 258-2422
      Fax: (907) 278-4848
      E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 26th day of October, 2006, a copy of the foregoing document was electronically served on:

Danielle M. Ryman
DeLisio Moran Geraghty & Zobel

     s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

MOTION TO AMEND COMPLAINT
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 2 of 2