Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail: legacki@gci.net

Attorney for Plaintiff
Daniel F. Ring, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK-POGO, INC., and SECURITAS ) | |
| SECURITY SERVICES USA, INC., ) | |
| ) | |
| Defendants. ) | Case No. 3:06-cv-0133-TMB |
| ) | |

## FIRST AMENDED COMPLAINT

Plaintiff DANIEL F. RING, JR., by and through his attorney, Kenneth W. Legacki, alleges and complains against Defendants TECK-POGO,

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

EXHIBIT 1
Page 1 of 5

INC., and SECURITAS SECURITY SERVICES USA, INC., as follows:

I

This is an action to recover unpaid overtime compensation under the Alaska Wage and Hour Act, AS 23.10.110, AS 23.10.060 and AS 23.05.140.

II

Venue lies within this judicial district since Defendant Teck-Pogo, Inc.'s principal office is within this judicial district.

III

At all times relevant and material herein, Plaintiff Ring was an employee of Defendants Teck-Pogo, Inc., and Securitas Security Services USA, Inc.

**FIRST CLAIM FOR RELIEF**

IV

Between April 20, 2004 and November 4, 2004, Plaintiff Ring worked in excess of eight (8) hours a day and forty (40) hours per workweek without receipt of overtime compensation.

V

As a result of the foregoing unlawful conduct on the part of the Defendants, Plaintiff Ring has suffered damages in an amount not presently

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

FIRST AMENDED COMPLAINT
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 2 of 5

EXHIBIT 1
Page 2 of 5

ascertainable, the exact amount to be proven at trial. Plaintiff Ring further seeks liquidated damages in an amount equal to the amount of compensation owed for overtime wages as a result of Defendants' willful failure to pay overtime pursuant to the Alaska Wage and Hour Act.

## SECOND CLAIM FOR RELIEF

### VI

Plaintiff Ring reasserts the allegations contained in paragraphs I through V of his complaint as though fully set forth herein.

### VII

Defendants have failed to pay all wages due within three days as mandated by AS 23.05.140.

## THIRD CLAIM FOR RELIEF

### VIII

Plaintiff Ring reasserts the allegations contained in paragraphs I through VII of his complaint as though fully set forth herein.

### IX

The employment contract between Plaintiff Ring and Defendant Securitas was subject to an implied and/or express covenant of good faith and fair dealing. Defendants breached their contract with Plaintiff Ring when they

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

FIRST AMENDED COMPLAINT
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 3 of 5

EXHIBIT 1
Page 3 of 5

terminated him because he complained of violations of safety procedures.

WHEREFORE, Plaintiff DANIEL F. RING, JR., prays that the Court:

1. Enter judgment for Plaintiff Ring and against Defendants Teck-Pogo, Inc., and Securitas Security Services USA, Inc., on the basis of Defendants' violations of the Alaska Wage and Hour Act, AS 23.10.110, AS 23.10.060, and AS 23.05.140;

2. Enter judgment against Defendant Securitas Security Services USA, Inc., for breach of the contract;

3. Award Plaintiff Ring damages in the amount shown to be owed for unpaid overtime compensation, with interest;

4. Award Plaintiff Ring an equal amount in liquidated damages;

5. Award Plaintiff Ring damages for Defendants' breach of contract and the covenant of good faith and fair dealing;

6. Award Plaintiff Ring his attorneys fees and costs incurred in pursuit of this action;

7. Grant Plaintiff Ring damages pursuant to AS 23.05.140(d); and

8. Grant Plaintiff Ring such other and further relief as the Court

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

FIRST AMENDED COMPLAINT
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 4 of 5

EXHIBIT 1
Page 4 of 5

deems equitable and just.

DATED this 26th day of October, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff


By   s/Kenneth W. Legacki
    Kenneth W. Legacki
    Alaska Bar No. 8310132
    425 G Street, Suite 920
    Anchorage, AK 99501
    Phone: (907) 258-2422
    Fax: (907) 278-4848
    E-mail: legacki@gci.net

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

FIRST AMENDED COMPLAINT
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 5 of 5

EXHIBIT 1
Page 5 of 5