Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Daniel F. Ring, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| TECK-POGO, INC., and SECURITAS SECURITY SERVICES USA, INC., | ) ) ) |
| Defendants. | ) )  Case No. 3:06-cv-0133-TMB ) |

**(PROPOSED)**
**ORDER GRANTING MOTION TO AMEND COMPLAINT**

Plaintiff Daniel Ring having moved this Court for leave to amend his Complaint to add a claim for breach of the contract and a breach of the covenant of good faith and fair dealing, and the Court being duly advised in the

premises,

   IT IS HEREBY ORDERED Plaintiff Ring's Motion to Amend Complaint is granted and Plaintiff Ring shall file his First Amended Complaint with the Court.

   DATED this \_\_\_\_\_ day of _____, 2006.

             _____
             The Honorable Timothy M. Burgess
             United States District Judge

I HEREBY CERTIFY that on the 26th day of October, 2006, a copy of the foregoing document was electronically served on:

Danielle M. Ryman
DeLisio Moran Geraghty & Zobel

  s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER GRANTING MOTION TO AMEND COMPLAINT
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 2 of 2