Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Daniel F. Ring, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TECK-POGO, INC., and SECURITAS ) | |
| SECURITY SERVICES USA, INC., ) | |
| ) | |
| Defendants. ) | Case No. 3:06-cv-0133-TMB |
| ) | |

**MEMORANDUM IN SUPPORT
<u>OF MOTION TO AMEND COMPLAINT</u>**

Plaintiff Daniel Ring has moved to amend his Complaint to add a cause of action for breach of the contract and breach of the implied covenant of

good faith and fair dealing. Pursuant to Federal Rule of Civil Procedure 15, leave to amend pleadings should be liberally given. The Motion to Remand is pending before this Court, and therefore no discovery has been conducted, nor has a scheduling and planning order been entered.

Plaintiff respectfully requests that the Court grant him leave to amend his Complaint. A copy of Plaintiff's First Amended Complaint is attached as Exhibit 1 to the motion.

DATED this 26th day of October, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff


By   s/Kenneth W. Legacki
     Kenneth W. Legacki
     Alaska Bar No. 8310132
     425 G Street, Suite 920
     Anchorage, AK  99501
     Phone: (907) 258-2422
     Fax: (907) 278-4848
     E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 26th day of October, 2006, a copy of the foregoing document was electronically served on:

Danielle M. Ryman
DeLisio Moran Geraghty & Zobel

       s/Kenneth W. Legacki

MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 2 of 2