IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DANIEL F. RING, JR.,                )
                                    )
                                    )
              Plaintiff,            )
                                    )
v.                                  )
                                    )
TECK-POGO, INC. and                 )
SECURITAS SECURITY SERVICES         )
USA, INC.,                          )
                                    ) Case No. 3:06-cv-00133-TMB
              Defendants.           )
_____)


**QUALIFIED NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND
COMPLAINT**


Defendants, Securitas, Inc. and Teck-Pogo, Inc., by and through their attorneys Delisio, Moran, Geraghty & Zobel PC, hereby file this Qualified Non-Opposition to Plaintiff's Motion to Amend Complaint. Defendants acknowledge that the parties are within the early stages of litigation, and, therefore, grounds for amendment likely exist. Defendants, however, deny that there is merit to Plaintiff's new claim for breach of the covenant of good faith and fair dealing.

Defendants note for the court's consideration that Plaintiff's new allegation for breach of the covenant of good faith and fair dealing is pled only against Securitas. See Plaintiff's Amended Complaint ¶ IX and Prayer for Relief ¶ 2.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
_____

(907) 279-9574

0106628.doc
Q  Qualified Non-Opposition

Currently pending with this court is Plaintiff's motion for remand. In opposition to this motion, Defendants offered evidence that Securitas, not Teck-Pogo, was Plaintiff's only employer. See Defendants' Opposition to Plaintiff's Motion for Remand. The new allegations pled in Plaintiff's complaint appear to concede this dispositive point.

Plaintiff alleges an employment contract only with Securitas, not Teck-Pogo. See Plaintiff's Amended Complaint ¶ IX. Moreover, Plaintiff's prayer for relief asks for judgment against Securitas only in regard to the covenant of good faith and fair dealing claim. While Defendants ardently deny that the covenant was breached or that Ring's retaliation claim has merit, the fact that this new claim is pled only against Securitas is telling on the issue of Plaintiff's employer.

DATED this 6th day of November, 2006, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Defendant
Securitas Security Services USA, Inc.

/s/ Danielle M. Ryman
By: _____
Danielle M. Ryman
Bar No. 9911071
E-Mail: dryman@dmgz.com
943 West 6th Avenue
Anchorage, Alaska 99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
_____

(907) 279-9574

0106628.doc
Q Qualified Non-Opposition

This is to certify that a true copy of
the foregoing was served via electronic
service and/or U.S. Mail this 6th day of
November, 2006, to the following:

Kenneth W. Legacki, Esq.
425 "G" Street, Ste. 920
Anchorage, AK  99501

       /s/ Leah Prince
By _____
       Leah Prince

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

0106628.doc
Q  Qualified Non-Opposition