IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DANIEL F. RING, JR.,              )
                                  )
                                  )
              Plaintiff,          )
                                  )
v.                                )
                                  )
TECK-POGO, INC. and               )
SECURITAS SECURITY SERVICES       )
USA, INC.,                        )
                                  ) Case No. 3:06-cv-00133-TMB
              Defendants.         )
_____ )

### ENTRY OF APPEARANCE

Danielle M. Ryman of the law firm of DeLISIO MORAN GERAGHTY & ZOBEL, P.C., enters the firm's appearance on behalf of the Defendant, Teck-Pogo, Inc., and requests that copies of all pleadings in this matter be forwarded to the firm at 943 West 6th Ave., Anchorage, Alaska 99501-2033.

DATED this 8th day of November, 2006, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Defendant
Securitas Security Services USA, Inc.
& Teck-Pogo, Inc.

/s/ Danielle M. Ryman
By:_____
Danielle M. Ryman
Bar No. 9911071
E-Mail: dryman@dmgz.com
943 West 6th Avenue
Anchorage, Alaska 99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231

DeLISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
——
(907) 279-9574

00106711.doc – Entry of Appearance
Page 1 of 2

This is to certify that a true copy of
the foregoing was served via electronic
service and/or U.S. Mail this 8th day of
November, 2006, to the following:

Kenneth W. Legacki, Esq.
425 "G" Street, Ste. 920
Anchorage, AK  99501


   /s/ Leah Prince
By _____
    Leah Prince

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
_____
(907) 279-9574

00106711.doc – Entry of Appearance
                    Page 2 of 2