Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Daniel F. Ring, Jr.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK-POGO, INC., and SECURITAS | ) |
| SECURITY SERVICES USA, INC., | ) |
| | ) |
| Defendants. | ) Case No. 3:06-cv-0133-TMB |
| _____ | ) |

## REPLY TO QUALIFIED NON-OPPOSITION
## TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Defendants do not oppose the motion to amend the complaint to file

an independent action against Securitas for wrongful termination, but allege that

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

it is supportive of their argument that only Securitas is the employer of Dan Ring. However, Defendant Teck-Pogo, Inc., fails to point out to the Court that the definition of employer under the Alaska Wage and Hour Act is different than the definition of employer for a claim for breach of the contract or wrongful termination.

The Alaska Wage and Hour Act is a remedial statute in order to protect the worker, and the definition of employer is broadly construed to the furthest reaches possible; whereas, the wrongful termination claim is a tort action, and the breach of contract claim has a different standard for defining employer than the Alaska Wage and Hour Act.

Therefore, it is respectfully requested that the Court permit Plaintiff Ring to amend his complaint to bring a direct action for violation of the tort for termination in violation of public policy and breach of the contract against Securitas.

REPLY TO QUALIFIED NON-OPPOSITION TO PLAINTIFF'S
        MOTION TO AMEND COMPLAINT
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 2 of 3

DATED this 17th day of November, 2006, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By ____s/Kenneth W. Legacki_____
        Kenneth W. Legacki
        Alaska Bar No. 8310132
        425 G Street, Suite 920
        Anchorage, AK  99501
        Phone: (907) 258-2422
        Fax: (907) 278-4848
        E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 17th day of
November, 2006, a copy of the foregoing
document was electronically served on:

Danielle M. Ryman
DeLisio Moran Geraghty & Zobel

_____s/Kenneth W. Legacki_____

REPLY TO QUALIFIED NON-OPPOSITION TO PLAINTIFF'S
        MOTION TO AMEND COMPLAINT
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 3 of 3