Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Daniel F. Ring, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK-POGO, INC., and SECURITAS | ) |
| SECURITY SERVICES USA, INC., | ) |
| | ) |
|        Defendants. | ) Case No. 3:06-cv-0133-TMB |

**MOTION FOR ATTORNEY FEES
RE: MOTION FOR REMAND**

Plaintiff Daniel Ring, Jr., by and through counsel, hereby moves this Court for an award of $1,125.00 for attorney fees incurred regarding his motion to remand this matter back to the Superior Court for the State of Alaska.  This

Court granted Plaintiff Ring's Motion to Remand and stated it would consider Plaintiff's request for attorney fees. [Docket No. 21]

In April of 2006, in <u>Wetter v. Kake Foods, Inc.</u>, Superior Court Case No. 1JU-02-1046 Civil, the trial court found Mr. Legacki's rate of $250.00 per hour to be reasonable given his experience. Mr. Legacki is co-author of the chapter on Alaska Wage and Hour law in a treatise entitled **"Wage and Hour Laws: A State-by-State Survey**," published by the American Bar Association Section of Labor and Employment Law. (Ex. 1) He is a member of the National Employment Lawyers Association (NELA) and was also appointed by NELA to serve on committees working on jury instructions in wage and hour law. Mr. Legacki is a member of the American Bar Association, Section of Labor and Employment Law, Federal Labor Standards Legislation Committee. He is also a member of the American Trial Lawyers Association, Labor and Employment Law, and has guest lectured at Seattle University Law School concerning the Family and Medical Leave Act. Mr. Legacki has also been a presenter at the Alaska Bar Association CLEs pertaining to labor law.

A rate of $250 per hour for Mr. Legacki is a reasonable fee and is the same fee charged by management attorneys in comparable cases.

This motion is supported by the accompanying affidavit of counsel.

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

MOTION FOR ATTORNEY FEES RE: MOTION FOR REMAND
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 2 of 3

DATED this 9th day of January, 2007, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By   s/Kenneth W. Legacki
     Kenneth W. Legacki
     Alaska Bar No. 8310132
     425 G Street, Suite 920
     Anchorage, AK 99501
     Phone: (907) 258-2422
     Fax: (907) 278-4848
     E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 9th day of January, 2007, a copy of the foregoing document was electronically served on:

Danielle M. Ryman
DeLisio Moran Geraghty & Zobel

    s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

MOTION FOR ATTORNEY FEES RE: MOTION FOR REMAND
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 3 of 3