# Wage and Hour Laws

## A State-by-State Survey

*Editor-in-Chief*
**Gregory K. McGillivary**
*Woodley & McGillivary*
*Washington, DC*

*Senior Editors*

**David Borgen**
*Goldstein, Demchak, Baller, Borgen & Dardarian*
*Oakland, CA*

**Timothy J. Long**
*Orrick, Herrington & Sutcliffe, LLP*
*Los Angeles and Sacramento, CA*

**Jeremy J. Glenn**
*Meckler, Bulger & Tilson*
*Chicago, IL*

**Gregory K. McGillivary**
*Woodley & McGillivary*
*Washington, DC*

**Robyn B. Klinger**
*PolyMedica Corporation*
*Woburn, MA*

**Eden P. Sholeen**
*Bracewell & Patterson*
*Houston, TX*

**Charles P. Yezbak, III**
*Yezbak Law Offices*
*Nashville, TN*

 Federal Labor Standards Legislation Committee
Section of Labor and Employment Law
American Bar Association 

The Bureau of National Affairs, Inc., Washington, DC

EXHIBIT 1
Page 1 of 2

*Editors*

JULIA WILLDORF
Law Student
Columbia University School
of Law
New York, NY

*Chapter Authors*

**Alabama**
DAVID T. WILEY
Constangy, Brooks & Smith, LLC
Birmingham, AL

**Alaska**
PAUL GREENBERG
Arbitrator/Mediator
Washington, DC

KENNETH W. LEGACKI
Law Offices of Kenneth W. Legacki
Anchorage, AK

**Arizona**
KAREN GILLEN
Gammage & Burnham
Phoenix, AZ

NATASHA M. PRICE
Assistant Attorney General
Office of the Arizona Attorney General
Phoenix, AZ

**Arkansas**
DENNIS M. MCCLELLAND
Holland & Knight
Tampa, FL

**California**
DAVID BORGEN
Goldstein, Demchak, Baller, Borgen & Dardarian
Oakland, CA

R. BRIAN DIXON
Littler Mendelson P.C.
San Francisco, CA

TIMOTHY J. LONG
JULIE A. TOTTEN
MARY K. NEBGEN
GALEN SHIMODA
Orrick, Herrington & Sutcliffe, LLP
Los Angeles and Sacramento, CA

TIMOTHY G. WILLIAMS
Pope, Berger & Williams, LLP
San Diego, CA

**Colorado**
JUDITH A. BIGGS
Holland & Hart
Boulder, CO

**Connecticut**
GLENN A. DUHL
SHAWN P. COYNE
WILLIAM H. SAWYER
Siegal, O'Connor, Zangari, O'Donnel & Beck, P.C.
Hartford, CT

**Delaware**
DAVID H. WILLIAMS
Morris, James, Hitche Williams LLP
Wilmington, DE

**District of Columbia**
GREGORY MCGILLIVAR'
Woodley & McGillivar
Washington, DC

**Florida**
SAMUEL J. SMITH
Burr & Smith
Tampa, FL

**Georgia**
ANDREW S. NAYLOR
Waller Landsden Dort Davis, PLLC
Nashville, TN

**Hawaii**
DAVID F. E. BANKS
Cades Schutte LLP
Honolulu, HI

**Idaho**
JAMES M. FINBERG
Lieff, Cabraser, Heima Bernstein, LLP
San Francisco, CA

**Illinois**
JAC A. COTIGUALA
Jac Cotiguala and Assc
Chicago, IL

LAURA B. FRIEDEL
Schiff Hardin LLP
Chicago, IL

EXHIBIT 1
Page 2 of 2