Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Daniel F. Ring, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| TECK-POGO, INC., and SECURITAS | ) |
| SECURITY SERVICES USA, INC., | ) |
|  | ) |
| Defendants. | ) Case No. 3:06-cv-0133-TMB |
|  | ) |

**(PROPOSED)**
**ORDER GRANTING MOTION FOR ATTORNEY FEES**

Plaintiff Daniel Ring having moved this Court for an award of attorney fees, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED Plaintiff Ring's Motion for Attorney

Fees is granted and Plaintiff Ring is awarded $_____ in attorney fees.

        DATED this \_\_\_\_\_ day of _____, 2007.

                                _____
                                The Honorable Timothy M. Burgess
                                United States District Judge

I HEREBY CERTIFY that on the 9th day of January, 2007, a copy of the foregoing document was electronically served on:

Danielle M. Ryman
DeLisio Moran Geraghty & Zobel

    _____s/Kenneth W. Legacki_____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER GRANTING MOTION FOR ATTORNEY FEES
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 2 of 2