Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail: legacki@gci.net

Attorney for Plaintiff
Daniel F. Ring, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK-POGO, INC., and SECURITAS | ) |
| SECURITY SERVICES USA, INC., | ) |
| | ) |
| Defendants. | ) Case No. 3:06-cv-0133-TMB |

**AFFIDAVIT OF KENNETH W. LEGACKI**
**IN SUPPORT OF MOTION FOR ATTORNEY FEES**

STATE OF ALASKA    )
                                ) ss
THIRD JUDICIAL DISTRICT  )

      KENNETH W. LEGACKI, being first duly sworn upon oath,

deposes and states:

1. I am the attorney of record for Plaintiff Daniel F. Ring, Jr., in the above-captioned matter.

2. Plaintiff Ring filed his lawsuit on February 16, 2006, in the Superior Court for the State of Alaska. On or about June 5, 2006, Defendant Securitas removed the action to the United States District Court for the District of Alaska.

3. Plaintiff Ring moved on July 24, 2006, to remand this matter back to the state court, and this Court granted his motion on December 20, 2006.

4. The attached billing for legal services rendered in this matter is accurate and the services have been actually, reasonably and necessarily performed.

5. My fee of $250.00 per hour is a reasonable fee, as has been determined by the State of Alaska trial courts.

6. Based on the contemporaneous hours recorded by me for working on this matter, Plaintiff Ring submits his itemized bill to this Court for

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

AFFIDAVIT OF KENNETH W. LEGACKI IN SUPPORT OF
MOTION FOR ATTORNEY FEES
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 2 of 3

an award of attorney fees in the amount of $1,125.00 (4.5 hours at $250.00 per hour).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Kenneth W. Legacki
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Phone: (907) 258-2422
Fax: (907) 278-4848
E-mail: legacki@gci.net

SUBSCRIBED and SWORN TO before me this 9th day of January, 2007.

Karen S. Hayes
Notary Public in and for Alaska
My Commission Expires: 10-1-2008

I HEREBY CERTIFY that on the 9th day of January, 2007, a copy of the foregoing document was electronically served on:

Danielle M. Ryman
DeLisio Moran Geraghty & Zobel

_____s/Kenneth W. Legacki_____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

AFFIDAVIT OF KENNETH W. LEGACKI IN SUPPORT OF
     MOTION FOR ATTORNEY FEES
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 3 of 3

**KENNETH W. LEGACKI, P.C.**
425 G STREET, SUITE 920
ANCHORAGE, AK 99501
Tax Id. No. 92-0138704

907-258-2422

Invoice submitted to:
Dan Ring

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| January 08, 2007 | 21 | |

In Reference To: Dan Ring v. Teck-Pogo

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 6/6/2006 | Review/analyze Notice of Removal to Federal Court with Entry of Appearance of DeLisio Moran Geraghty & Zobel for Defendant Securitas, Complaint, Summons, Notice to Superior Court of Removal, and Notice of Removal to Plaintiff | 0.20 | 50.00 |
| 6/21/2006 | Research re: removal | 1.00 | 250.00 |
| 7/24/2006 | Draft/revise Motion to Remand | 1.20 | 300.00 |
| 8/15/2006 | Review/analyze Opposition to Motion to Remand to State Court and exhibits | 0.40 | 100.00 |
| 9/1/2006 | Reseach; draft/revise response to Opposition to Motion to Remand | 1.70 | 425.00 |
| | For professional services rendered | 4.50 | $1,125.00 |
| | Balance due | | $1,125.00 |

EXHIBIT A
Page 1 of 1