Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Daniel F. Ring, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIEL F. RING, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECK-POGO, INC., and SECURITAS | ) |
| SECURITY SERVICES USA, INC., | ) |
| | ) |
| Defendants. | ) Case No. 3:06-cv-0133-TMB |
| | ) |

**REPLY TO DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION FOR ATTORNEY FEES
<u>RE: MOTION FOR REMAND</u>**

Defendants seem to miss at least one point in their opposition to Plaintiff Ring's motion for attorney fees and that is that the plaintiff is entitled to

actual attorney fees in wage and hour cases. Since the federal court has given up its jurisdiction, the plaintiff has to apply for attorney fees before this Court and cannot wait to bring up the matter of attorney fees in state court. Therefore, this Court should award the actual attorney fees, if not under 28 U.S.C. § 1447(c), at least under the Alaska Wage and Hour Act, which allows the plaintiff to have actual reasonable attorney fees. See AS 23.10.110; Bobich v. Stewart, 843 P.2d 1232, 1237 (Alaska 1992).

> [W]hen interpreting a state statute that expressly calls for award of reasonable attorney's fees to successful plaintiffs, we have held that full fees should be awarded to claimants as long as those fees are reasonable.

Bobich, 843 P.2d at 1237.

Defendants also argue that, under a recent United States Supreme Court case, fees may only be awarded when the removing party lacked on an objectively reasonable basis for seeking removal. Martin v. Franklin Capital Corp., 546 U.S. 132, 126 S. Ct. 704 (2005). The defendants in this case seem to admit they were not aware that a joint employer relationship exists under the Alaska Wage and Hour Act. However, there is no evidence that the defendants did not know that co-employer and co-defendant Teck-Pogo, Inc., is a resident of the state of Alaska. Counsel for Securitas has also filed an entry of appearance

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR
    ATTORNEY FEES RE: MOTION FOR REMAND
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 2 of 4

on behalf of Teck-Pogo. [Docket No. 19] Defendant Securitas was aware that Teck-Pogo is a resident of the state of Alaska and it was still involved in this litigation. Therefore, defendants knew or should have known that there was no diversity in order to attempt to remove this matter to federal court.

Defendants have also argued that the plaintiff did not submit affidavits showing the market rate for other attorneys in the area doing employment law; and therefore, the plaintiff's claim of $250.00 per hour should not be awarded. Interestingly enough, defendants do not dispute that the rate of $250.00 per hour is a reasonable rate and is the market rate for employment lawyers, and they do not dispute that the Alaska courts have made a determination that the rate of $250.00 per hour is the appropriate rate for plaintiff's counsel. Indeed, in wage and hour cases, plaintiff's counsel has been awarded the rate of $250.00 per hour by the Alaska trial courts and this Court should take judicial notice of a state trial court's decision that $250.00 is the reasonable hourly rate for plaintiff's counsel.

Therefore, it is respectfully requested that this Court grant Plaintiff Ring's motion for attorney fees.

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR
    ATTORNEY FEES RE: MOTION FOR REMAND
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 3 of 4

DATED this 2nd day of February, 2007, at Anchorage, Alaska.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff

By    s/Kenneth W. Legacki
     Kenneth W. Legacki
     Alaska Bar No. 8310132
     425 G Street, Suite 920
     Anchorage, AK  99501
     Phone: (907) 258-2422
     Fax: (907) 278-4848
     E-mail: legacki@gci.net

I HEREBY CERTIFY that on the 2nd day of February, 2007, a copy of the foregoing document was electronically served on:

Danielle M. Ryman
DeLisio Moran Geraghty & Zobel

     s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR
    ATTORNEY FEES RE: MOTION FOR REMAND
Ring v. Teck-Pogo and Securitas - Case No. 3:06-cv-0133-TMB
Page 4 of 4